**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT

OCT 23 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. CR-14-282-R-1 |
| ) | |
| V. ) | |
| ) | **V E R D I C T** |
| DAVID PRITCHARD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

We the jury in the above-entitled cause, unanimously find
the defendant

**DAVID PRITCHARD**

_____Guilty_____ as charged in count one of indictment.
(Guilty/Not Guilty)

_____Guilty_____ as charged in count two of the indictment.
(Guilty/Not Guilty)

_____Guilty_____ as charged in count three of the indictment.
(Guilty/Not Guilty)

_____Guilty_____ as charged in count four of the indictment.
(Guilty/Not Guilty)

**GO TO PAGE TWO**

CR-14-282-R-1: U.S.A. -V- DAVID PRITCHARD

**VERDICT (CONTINUED FROM PAGE ONE)**        **PAGE TWO**
==============================================================

_____Guilty_____ as charged in count five of the indictment.
(Guilty/Not Guilty)

_____Guilty_____ as charged in count six of the indictment.
(Guilty/Not Guilty)

_____Guilty_____ as charged in count seven of the indictment.
(Guilty/Not Guilty)

Not Guilty as charged in count eight of the indictment.
(Guilty/Not Guilty)

_____Guilty_____ as charged in count nine of the indictment.
(Guilty/Not Guilty)

_____Guilty_____ as charged in count ten of the indictment.
(Guilty/Not Guilty)

_____Guilty_____ as charged in count eleven of the indictment.
(Guilty/Not Guilty)

Not Guilty as charged in count twelve of the indictment.
(Guilty/Not Guilty)

**GO TO PAGE THREE**

CR-14-282-R-1: U.S.A. -V- DAVID PRITCHARD

**VERDICT (CONTINUED FROM PAGE TWO)**          **PAGE THREE**
====================================================================

_Not Guilty_____as charged in count thirteen of the indictment.
(Guilty/Not Guilty)


_____Guilty_____as charged in count fourteen of the indictment.
(Guilty/Not Guilty)


_____Guilty_____as charged in count fifteen of the indictment.
(Guilty/Not Guilty)


Dated: 10/23/2014
at Los Angeles, California          ████████████████████
                                    FOREPERSON OF THE JURY