

FILED
CLERK, U.S. DISTRICT COURT

OCT 23 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case No. <u>CR 14-282-R</u>         Date: 10/22/14

Case Name: <u>U.S.A. -V- (1)DAVID PRITCHARD;</u>
<u>           (2)CHRISTOPHER JAMES BLAUVELT</u>

JURY NOTE NUMBER ___1___

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

___✓___   THE JURY REQUESTS THE FOLLOWING:

Can we get the four qualifications legs/law for each of the charges in writing to review?

SIGNED: ███████████