UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Case No. <u>CR 14-282-R</u>           Date: 10/22/14

Case Name: <u>U.S.A. -V- (1)DAVID PRITCHARD;
            (2)CHRISTOPHER JAMES BLAUVELT</u>

JURY NOTE NUMBER __2__

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT

✓    THE JURY REQUESTS THE FOLLOWING:

Can you define (in writing) the word "willfully" in Gov't's Proposed Instruction #23?

Can we get a written copy of the judge's instructions to us just before we came up? If not please define intent, motive & knowingly.

SIGNED: ██████████
        FOREPERSON OF THE JURY