FILED
CLERK, U.S. DISTRICT COURT
OCT 23 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. <u>CR 14-282-R</u>　　　　　　　Date: 10/23/14

Case Name: <u>U.S.A. -V- (1)DAVID PRITCHARD;</u>
　　　　　　<u>(2)CHRISTOPHER JAMES BLAUVELT</u>

JURY NOTE NUMBER ___3___

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

Can we get a writing description of how we evaluate each defendant as "co-schemers", yet we are instructed to evaluate each defendant separately and independently. There is confusion in our minds as to how they could be evaluated separately if they are both responsible for each other's actions.

SIGNED: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓