

FILED
CLERK, U.S. DISTRICT COURT
OCT 23 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case No. **CR 14-282-R**   Date: 10/23/14

Case Name: **U.S.A. -V- (1) DAVID PRITCHARD;
              (2) CHRISTOPHER JAMES BLAUVELT**

JURY NOTE NUMBER ~~3~~ 4

✓  THE JURY HAS REACHED A UNANIMOUS VERDICT

___  THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____
_____
_____
_____

SIGNED: [redacted]
FOREPERSON OF THE JURY