CLERK, U.S. DISTRICT COURT

**OCT 2 3 2014**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ AC _____ DEPUTY

## UNITED STATES v. DAVID PRITCHARD, et al.

### NO. CR 14-282-R P1, 2

### TRIAL JOINT EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---------|---------|-------------|--------|----------|
| 1 | Gary Wilson / Sandra Wilson | Memorandum of Interview of Gary Wilson dated March 6, 2014 | | |
| 2 | Gary Wilson / Sandra Wilson | Investor Questionnaire of Gary Wilson | | |
| 3 | Gary Wilson / Sandra Wilson | Memorandum of Interview of Sandra Wilson dated April 29, 2014 and notes from interview of Sandra Wilson dated September 16, 2014 | | |
| 4 | Gary Wilson / Sandra Wilson | Investor Questionnaire of Sandra Wilson | | |
| 5 | Gary Wilson / Sandra Wilson | Notes of Gary Wilson and Sandra Wilson | | |
| 6 | Gary Wilson / Sandra Wilson | Investment Checks from Gary Wilson and Sandra Wilson dated May 27, 2008 | | |
| 7 | Gary Wilson / Sandra Wilson | Subscription Agreements for Gary Wilson and Sandra Wilson dated May 27, 2008, June 12, 2008 and July 2009 | | |
| 8 | Gary Wilson / Sandra Wilson | Letter from Gigapix dated January 16, 2009 signed by David Pritchard | | |
| 9 | Gary Wilson / Sandra Wilson | Letter from Chris Blauvelt dated May 11, 2009 and Investor Packet from OZ3D | 10/15/14 | 10/15/14 |
| 10 | Gary Wilson / Sandra Wilson | Private Placement Memorandum and Subscription Agreement for Gigapix dated July 15, 2009 | | |
| 11 | Gary Wilson / Sandra Wilson | Letter with envelope from Chris Blauvelt dated May 29, 2009 discussing Colin Mutton | | |
| 12 | Gary Wilson / Sandra Wilson | Fedex containing check for $5,000 from Sandra Wilson dated July 15, 2009 | | |

Updated list as of 10/14/2014

## UNITED STATES v. DAVID PRITCHARD, et al.

### CR NO. 14-282-R

### EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---------|---------|-------------|--------|----------|
| 13 | Gary Wilson / Sandra Wilson | Letter from OZ3D LLC containing confirmation of membership signed by Chris Blauvelt dated August 5, 2009 | | |
| 14 | Gary Wilson / Sandra Wilson | Notice to Shareholders dated September 30, 2009 signed by Chris Blauvelt and David Pritchard | | |
| 15 | Gary Wilson / Sandra Wilson | Letter from Gigapix dated October 16, 2009 re: Capital Restructure Exercises | | |
| 16 | Gary Wilson / Sandra Wilson | Gigapix Stock Certificates for Sandra Wilson and Gary Wilson | | |
| 17-20 | | Reserved | | |
| 21 | Eric Tate | Memorandum of Interview of Eric Tate dated May 8, 2014 and notes from interview of Eric Tate dated September 16, 2014 | | |
| 22 | Eric Tate | Investor Questionnaire of Eric Tate | | |
| 23 | Eric Tate | Letter from Chris Blauvelt dated April 16, 2008 and Investor Packet from Gigapix | 10/15/14 | 10/15/14 |
| 24 | Eric Tate | Letter dated January 16, 2009 from Gigapix signed by David Pritchard | | |
| 25 | Eric Tate | Letter dated January 16, 2009 from Gigapix signed by Chris Blauvelt | 10/15/14 | 10/15/14 |
| 26 | Eric Tate | Letter with envelope dated May 29, 2009 from Chris Blauvelt discussing Colin Mutton | | |
| 27-30 | | Reserved | | |

## UNITED STATES v. DAVID PRITCHARD, et al.
### CR NO. 14-282-R

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 31 | Harold & Clara Anderson | Memoranda of Interview of Harold Anderson dated January 31, 2014 and March 17, 2014 and notes from interview of Harold Anderson dated September 16, 2014 | | |
| 32 | Harold & Clara Anderson | Memorandum of Interview of Clara Anderson dated January 31, 2014 | | |
| 33 | Harold & Clara Anderson | Investor Questionnaire of Harold Anderson and Clara Anderson | | |
| 34 | Harold & Clara Anderson | Letter to Danny and Clara Anderson dated May 13, 2008 from Gigapix signed by Chris Blauvelt | 10/15/14 | 10/15/14 |
| 35 | Harold & Clara Anderson | Check and Investment documents for Harold and Clara Anderson dated May to June 2008 | 10/15/14 | 10/15/14 |
| 36 | Harold & Clara Anderson | Subscription Agreements for Harold Anderson and Clara Anderson dated June 10, 2008 | | |
| 37 | Harold & Clara Anderson | Letter dated January 16, 2009 signed by David Pritchard | 10/15/14 | 10/15/14 |
| 38 | Harold & Clara Anderson | Check and Subscription documents for Harold and Clara Anderson dated August to September 2009 | 10/15/14 | 10/15/14 |
| 39 | Harold & Clara Anderson | Gigapix Stock Certificates for Harold and Clara Anderson | 10/15/14 | 10/15/14 |
| 40 | Harold & Clara Anderson | Letter dated June 10, 2009 signed by Chris Blauvelt and David Pritchard | 10/15/14 | 10/15/14 |
| 41 | Harold & Clara Anderson | Letter from Gigapix dated July 7, 2009 with signature block of Chris Blauvelt to Dan Anderson | 10/15/14 | 10/15/14 |

**UNITED STATES v. DAVID PRITCHARD, et al.**

**CR NO. 14-282-R**

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 42 | Harold & Clara Anderson | Letter from OZ3D LLC containing confirmation of membership signed by Chris Blauvelt dated August 5, 2009 | 10/15/14 | 10/15/14 |
| 43 | Harold & Clara Anderson | Notice to Shareholders dated September 30, 2009 signed by Chris Blauvelt and David Pritchard | 10/15/14 | 10/15/14 |
| 44 | Harold & Clara Anderson | Letter from Gigapix dated October 16, 2009 re: Capital Restructure Exercises | 10/15/14 | 10/15/14 |
| 45 | Harold & Clara Anderson | Letter signed by Chris Blauvelt | 10/15/14 | 10/15/14 |
| 46-50 | | Reserved | | |
| 51 | Jerome Goodman | Memorandum of Interview of Jerome Goodman dated May 8, 2014 and notes from interview of Jerome Goodman dated September 17, 2014 | | |
| 52 | Jerome Goodman | Investor Questionnaire of Jerome Goodman | | |
| 53 | Jerome Goodman | Handwritten letters of Jerome Goodman | | |
| 54 | Jerome Goodman | Letter from Gigapix signed by Chris Blauvelt dated February 28, 2006 | 10/15/14 | 10/15/14 |
| 55 | Jerome Goodman | Letter dated July 31, 2006 signed by Chris Blauvelt | 10/15/14 | 10/15/14 |
| 56 | Jerome Goodman | Letter from Gigapix signed by David Pritchard dated January 23, 2007 | 10/15/14 | 10/15/14 |
| 57 | Jerome Goodman | Letter from Gigapix by signed David Pritchard dated August 7, 2007 | 10/15/14 | 10/15/14 |
| 58 | Jerome Goodman | Letter from Chris Blauvelt dated July 23, 2008 and Investor Packet from Gigapix | 10/15/14 | 10/15/14 |

4

## UNITED STATES v. DAVID PRITCHARD, et al.

### CR NO. 14-282-R

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 59 | Jerome Goodman | Gigapix letters enclosing stock certificates | 10/15/14 | 10/15/14 |
| 60 | Jerome Goodman | Letter dated January 16, 2009 signed by David Pritchard | 10/15/14 | 10/15/14 |
| 61 | Jerome Goodman | Letter from Chris Blauvelt dated May 29, 2009 discussing Colin Mutton | 10/15/4 | 10/15/14 |
| 62 | Jerome Goodman | Letter dated June 10, 2009 signed by Chris Blauvelt and David Pritchard | 10/15/14 | 10/15/14 |
| 63 | Jerome Goodman | Check for $10,000 signed by Jerome Goodman | 10/15/14 | 10/15/14 |
| 64 | Jerome Goodman | Letter from OZ3D LLC containing confirmation of membership signed by Chris Blauvelt dated December 31, 2009 | 10/15/14 | 10/15/14 |
| 65 | Jerome Goodman | Letter signed by Chris Blauvelt | 10/15/14 | 10/15/14 |
| 66 | Jerome Goodman | Letter dated November 2011 containing financial statements for Gigapix signed by Colin Mutton | 10/15/14 | 10/15/14 |
| 67 | Jerome Goodman | Letter dated May 24, 2011 signed by David Pritchard stating OZ3D is in production | 10/15/14 | 10/15/14 |
| 68 | Jerome Goodman | Letter dated May 24, 2011 signed by David Pritchard stating Gigapix Studios to be public company | 10/15/14 | 10/15/14 |
| 69 | Jerome Goodman | Letter dated November 25, 2011 signed by Chris Blauvelt | 10/15/14 | 10/15/14 |
| 70 | Jerome Goodman | Emails between Cherie Brown and Cyril Goodman | | |
| 71-80 | | Reserved | | |

## UNITED STATES v. DAVID PRITCHARD, et al.

### CR NO. 14-282-R

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 81 | Penny McClurg | Memorandum of Interview of Penny McClurg dated March 18, 2014 and notes of interview of Penny McClurg dated September 16, 2014 | | |
| 82 | Penny McClurg | Letter dated May 8, 2008 signed by Chris Blauvelt | | |
| 83 | Penny McClurg | Letter dated January 16, 2009 signed by David Pritchard | | |
| 84 | Penny McClurg | Letter dated May 29, 2009 regarding Colin Mutton signed by Chris Blauvelt | | |
| 85 | Penny McClurg | Check for $5,000 dated June 8, 2009 from Penny McClurg | | |
| 86 | Penny McClurg | Letter dated May 24, 2011 signed by David Pritchard stating 0Z3D is in production | | |
| 87 | Penny McClurg | Letter dated May 24, 2011 signed by David Pritchard stating Gigapix Studios to be public company | | |
| 88 | Penny McClurg | Letter dated November 25, 2011 signed by Chris Blauvelt | | |
| 89-100 | | Reserved | | |
| 101 | Jerry and Linda Hampshire | Memorandum of Interview of Jerry Hampshire dated March 18, 2014 | | |
| 102 | Jerry and Linda Hampshire | Memorandum of Interview of Linda Hampshire dated March 18, 2014 and notes of interview of Linda Hampshire dated September 16, 2014 | | |
| 103 | Jerry and Linda Hampshire | Investor Questionnaire of Linda Hampshire | | |

## UNITED STATES v. DAVID PRITCHARD, et al.

### CR NO. 14-282-R

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 104 | Jerry and Linda Hampshire | Check for $10,000 from Jerry and Linda Hampshire dated October 29, 2008 | 10/15/14 | 10/15/14 |
| 105 | Jerry and Linda Hampshire | Check for $10,000 from Jerry and Linda Hampshire dated July 8, 2009 | 10/15/14 | 10/15/14 |
| 106 | Jerry and Linda Hampshire | OZ3D LLC confirmation of membership dated December 22, 2008 and August 5, 2009 | 10/15/14 | 10/15/14 |
| 107 | Jerry and Linda Hampshire | Gigapix stock certificates of Jerry and Linda Hampshire | 10/15/14 | 10/15/14 |
| 108 | Jerry and Linda Hampshire | Letters from Gigapix to Jerry and Linda Hampshire | 10/15/14 | 10/15/14 |
| 109-110 | | Reserved | | |
| 111 | Jack Feldsher | Memorandum of Interview of Jack Feldsher dated March 15, 2012 and May 13, 2014 and notes from interview of Jack Feldsher dated September 18, 2014 | | |
| 112 | Jack Feldsher | Department of Corporation Investment Questionnaire for Jack Feldsher | | |
| 113 | Jack Feldsher | Private Placement Memorandum for OZ3D dated May 5, 2008 | | |
| 114 | Jack Feldsher | Letter from Gigapix to Jack Feldsher dated March 10, 2009 enclosing stock certificate | | |
| 115 | Jack Feldsher | Subscription Agreement re: Gigapix Studios for Jack Feldsher dated January 31, 2008 | | |
| 116 | Jack Feldsher | Letter enclosing stock certificates from OZ3D dated October 20, 2008 | | |

**UNITED STATES v. DAVID PRITCHARD, et al.**

**CR NO. 14-282-R**

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 117 | Jack Feldsher | Subscription Agreement re: Gigapix Studios for Jack Feldsher dated August 12, 2009 | | |
| 118 | Jack Feldsher | Desist and Refrain Order from State of California re: Gigapix Studios, OZ3D LLC, Blauvelt and Pusateri | | |
| 119 | Jack Feldsher | Private Placement Memorandum for Gigapix Studios dated July 15, 2009 | | |
| 120 | Jack Feldsher | Subscription Agreement re: Gigapix Studios for Jack Feldsher dated September 14, 2009 | | |
| 121 | Jack Feldsher | Facsimile from Cherie Brown to Jack Feldsher dated January 25, 2010 | | |
| 122 | Jack Feldsher | Letter dated February 5, 2010 from OZ3D LLC containing confirmation of membership signed by Chris Blauvelt | | |
| 123 | Jack Feldsher | Check for $10,000 dated May 3, 2011 to OZ3D LLC | | |
| 124 | Jack Feldsher | Letter from Gigapix dated May 24, 2011 signed by David Pritchard stating Gigapix Studios to be public | | |
| 125 | Jack Feldsher | Letter dated May 24, 2011 signed by David Pritchard stating OZ3D in production | | |
| 126 | Jack Feldsher | Letter dated November 2011 containing financial statements for Gigapix | | |
| 127 | Jack Feldsher | Letter dated November 25, 2011 signed by Chris Blauvelt | | |
| 128 | Jack Feldsher | Gigapix stock certificates for Jack Feldsher | | |
| 129-130 | | Reserved | | |

8

# UNITED STATES v. DAVID PRITCHARD, et al.

## CR NO. 14-282-R

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 131 | Daniel Zucker | Memorandum of Interview of Daniel Zucker dated April 13, 2014 and May 1, 2014 and notes from interview of Daniel Zucker dated September 18, 2014 | | |
| 132 | Daniel Zucker | Handwritten letter from Daniel Zucker dated December 4, 2011 | | |
| 133 | Daniel Zucker | Private Placement Memorandum for OZ3D dated May 5, 2008 | | |
| 134 | Daniel Zucker | Private Placement Memorandum for Gigapix Studios dated July 15, 2009 | | |
| 135 | Daniel Zucker | Check for $50,000 dated September 25, 2010 from Daniel Zucker to Gigapix Studios | | |
| 136 | Daniel Zucker | Investment Agreement signed by Gino Taylor, David Pritchard and Daniel Zucker dated January 10, 2011 | | |
| 137 | Daniel Zucker | Stock confirmation of membership for OZ3D LLC dated May 11, 2011 | | |
| 138 | Daniel Zucker | Fedex label dated May 31, 2011 and checks for $21,000 and $79,000 dated June 1, 2011 from Daniel Zucker to OZ3D LLC | | |
| 139-149 | | Reserved | | |
| 150 | Tonya Pinkerton | List of Bank Accounts | 10/16/14 | 10/16/14 |
| 151 | Tonya Pinkerton | Source of Funds Table -- Gigapix and OZ3D Combined | 10/16/14 | 10/16/14 |
| 152 | Tonya Pinkerton | Source of Funds Pie Chart -- Gigapix and OZ3D Combined | 10/16/14 | 10/16/14 |

## UNITED STATES v. DAVID PRITCHARD, et al.

### CR NO. 14-282-R

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---------|---------|-------------|--------|----------|
| 153 | Tonya Pinkerton | Source of Funds Table -- Gigapix and OZ3D Separated | 10/16/14 | 10/16/14 |
| 154 | Tonya Pinkerton | Source of Funds Pie Charts -- Gigapix and OZ3D Separated | 10/16/14 | 10/16/14 |
| 155 | Tonya Pinkerton | Number of Investors | 10/16/14 | 10/16/14 |
| 156 | Tonya Pinkerton | Use of Funds Table -- Gigapix and OZ3D Separated | 10/16/14 | 10/16/14 |
| 157 | Tonya Pinkerton | Use of Funds Table -- Gigapix and OZ3D Combined | 10/16/14 | 10/16/14 |
| 158 | Tonya Pinkerton | Use of Funds Pie Charts -- Gigapix and OZ3D Separated | 10/16/14 | 10/16/14 |
| 159 | Tonya Pinkerton | Use of Funds Pie Charts -- Gigapix and OZ3D Combined | 10/16/14 | 10/16/14 |
| 160 | Tonya Pinkerton | Payments to Defendants | 10/16/14 | 10/16/14 |
| 161 | Tonya Pinkerton | Personal Expense Categories | | |
| 162-169 | | Reserved | | |
| 170 | Tiffany Ryan | Do Not Call States list | | |
| 171 | Tiffany Ryan | New Offering Front Script | | |
| 172-200 | | Reserved | | |
| 201 | | Stipulation for Consent Cease and Desist Order concerning Gigapix Studios, Inc., OZ3D LLC and Chris Blauvelt from State of Colorado dated November 17, 2008 - certified | 10/15/14 | 10/15/14 |

## UNITED STATES v. DAVID PRITCHARD, et al.

### CR NO. 14-282-R

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 202 | | Order of Prohibition (Summary) regarding Gigapix Studios, Inc., Christopher Blauvelt, John Savage, and Steven Wilson dated April 24, 2005 from State of Wisconsin – certified | 10/15/14 | 10/15/14 |
| 203 | | Order to Cease and Desist, Conditioning of Exemptions, Order Accessing Civil Penalty and Consent to Entry of Order regarding Gigapix Studios, Inc. and Christopher Blauvelt from State of Oregon dated September 2, 2008 | 10/15/14 | 10/15/14 |
| 204 | | Stipulation to Final Order that Gigapix Studios, Inc., OZ3D LLC, Christopher Blauvelt and Greg Pusateri Desist and Refrain from Offer and Sale of Unqualified, Non-Exempt Securities from State of California dated May 13, 2009 – certified | 10/15/14 | 10/15/14 |
| 205 | | Cease and Desist Order regarding Gigapix Studios, Inc. and Christopher Blauvelt from State of Alabama dated July 1, 2010 – certified | 10/15/14 | 10/15/14 |
| 206 | | Statement of Charges and Notice of Intent to Enter Order to Cease and Desist, Impose Fines, and Charge Costs regarding Gigapix Studios, Inc. and Christopher Blauvelt from State of Washington dated October 14, 2010 – certified | 10/15/14 | 10/15/14 |
| 207 | | Stipulation and Agreement Against Gigapix Studios, Inc. from State of Connecticut dated April 24, 2012 - certified | 10/15/14 | 10/15/14 |
| 208-225 | | Reserved | | |

## UNITED STATES v. DAVID PRITCHARD, et al.

### CR NO. 14-282-R

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 226 | Shawn Walker | Memoranda of Interviews of Shawn Walker dated October 14, 2011, November 3, 2011, and December 7, 2011, and Notes from Interview of Shawn Walker dated September 15, 2014 | | |
| 227 | Colin Mutton | Memoranda of Interviews of Colin Mutton dated March 26, 2014, April 28, 2014, September 4, 2014, and September 12, 2014 and Notes from Interview of Colin Mutton dated September 15, 2014 | | |
| 228 | Colin Mutton | Emails from Colin Mutton dated from March 27, 2014 and April 4, 2014 with attached previous email correspondence | | |
| 229 | Colin Mutton | Email from Colin Mutton dated September 18, 2014 re "The File" | | |
| 230 | Tiffany Ryan | Memoranda of Interviews of Tiffany Ryan dated October 15, 2013 and April 13, 2014, and Notes from Interview of Tiffany Ryan dated September 18, 2014 | | |
| 231 | Susan Magana | Memorandum of Interview of Susan Magana dated October 9, 2013, and Notes from Interview of Susan Magana dated September 18, 2014 | | |
| 232 | Corinne Irizarry | Memorandum of Interview of Corinne Irizarry dated September 27, 2013, and Notes from Interview of Corinne Irizarry dated September 18, 2014 | | |
| 233 | Sandi Fox | Memorandum of Interview of Sandi Fox dated September 6, 2014, and Notes from Interview of Sandi Fox dated September 15, 2014 | | |

## UNITED STATES v. DAVID PRITCHARD, et al.
### CR NO. 14-282-R

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 234 | William Hicks | Expert Report of Professor William Hicks dated September 29, 2014 | | |
| 235 | FBI SA Adam Storer | Audio Recording of Complete Interview of Chris Blauvelt on March 12, 2012 | 10/21/14 | 10/21/14 |
| 236 | FBI SA Adam Storer | Transcript of Audio Recording of Complete Interview of Chris Blauvelt on March 12, 2012 | | |
| 237 | FBI SA Adam Storer | Excerpts of Audio Recording of Interview of Chris Blauvelt on March 12, 2012 | 10/16/14 | 10/16/14 |
| 238 | FBI SA Adam Storer | Transcript of Excerpts of Audio Recording of Interview of Chris Blauvelt on March 12, 2012 | | |
| 239 | FBI SA Adam Storer | Audio Recording of Complete Interview of Chris Blauvelt on March 7, 2014 | 10/21/14 | 10/21/14 |
| 240 | FBI SA Adam Storer | Transcript of Audio Recording of Complete Interview of Chris Blauvelt on March 7, 2014 | | |
| 241 | FBI SA Adam Storer | Memoranda of Interview of Christopher Blauvelt and Transcript of Recorded Interview of Christopher Blauvelt - Redacted | | |
| 242 | FBI SA Adam Storer | Memoranda of Interview of Cherie Brown - Redacted | | |
| 243 | FBI SA Adam Storer | Notes of Interviews of Cherie Brown | | |
| 244-246 | | Reserved | | |
| 247 | FBI SA Eric Potocek | Memorandum of Interview of David Pritchard, dated June 5, 2014 | | |

13

## UNITED STATES v. DAVID PRITCHARD, et al.

## CR NO. 14-282-R

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 248 | FBI SA Eric Potocek | Memorandum of Interview of David Pritchard, dated June 5, 2014 - Redacted | 10/16/14 | |
| 249 | FBI SA Eric Potocek | Notes of Interview of David Pritchard, dated June 5, 2014 | 10/16/14. | |
| 250 | | Reserved | | |
| 251 | | Private Placement Memorandum for Gigapix dated January 8, 2003 with associated documents | | |
| 252 | | Private Placement Memorandum for Gigapix dated July 19, 2004 with associated documents | | |
| 253 | | Private Placement Memorandum for Gigapix dated July 31, 2006 with associated documents | | |
| 254 | | Private Placement Memorandum for Gigapix dated October 31, 2007 with associated documents | | |
| 255 | | Private Placement Memorandum for Gigapix dated July 15, 2009 with associated documents | 10/17/14 | 10/17/14 |
| 256 | | Private Placement Memorandum for Gigapix dated May 17, 2010 with associated documents | | |
| 257 | | Private Placement Memorandum for OZ3D dated May 5, 2008 with associated documents | | |
| 258 | Ken Gross | Order to cease and Desist Assessing civil penalty Denying Exemptions, in case 0-99-0023 (Department of consumer and Business services - State of Oregon) in the matter of tracker International. Inc, Ken Gross, etc. (14) | 10/17/14. | |