1          **UNITED STATES DISTRICT COURT**

2       **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

3          **HONORABLE MANUEL L. REAL, U.S. DISTRICT JUDGE**

4

5    **UNITED STATES OF AMERICA,**              )
                                                )
6                      **Plaintiff,**            )
                                                )
7          **vs.**                              )   **Case No. CR 14-282 R**
                                                )
8    **DAVID PRITCHARD and**                     )
     **CHRISTOPHER JAMES BLAUVELT,**             )
9                                               )
                       **Defendants.**           )
10   _____)

11

12              **REPORTER'S PARTIAL TRANSCRIPT OF**
                    **TRIAL PROCEEDINGS**
13              **TESTIMONY OF JEROME GOODMAN**
                **WEDNESDAY, OCTOBER 15, 2014**
14                      **1:36 P.M.**
                  **LOS ANGELES, CALIFORNIA**
15

16

17

18

19

20

21

22   _____

23        **MYRA L. PONCE, CSR NO. 11544, RPR, RMR, CRR**
              FEDERAL OFFICIAL COURT REPORTER
24            312 NORTH SPRING STREET, ROOM 430
              LOS ANGELES, CALIFORNIA 90012
25                      (213) 894-2305


                     **UNITED STATES DISTRICT COURT**

1       **APPEARANCES OF COUNSEL:**

2

3    **FOR THE PLAINTIFF:**

4        STEPHANIE YONEKURA
         Acting United States Attorney
5        BY:  ELLYN M. LINDSAY
         BY:  BYRON J. MCLAIN
6            Assistant United States Attorneys
         United States Courthouse
7        312 North Spring Street
         Los Angeles, California  90012

8

9    **FOR THE DEFENDANT DAVID PRITCHARD:**

10       LAW OFFICES OF MICHAEL W. EMMICK
         BY:  MICHAEL W. EMMICK
11           Attorney at Law
         3701 Highland Avenue, Suite 305
12       Manhattan Beach, California  90266

13

     **FOR THE DEFENDANT CHRISTOPHER JAMES BLAUVELT:**
14
         LAW OFFICES OF STEPHANIE AMES
15       BY:  STEPHANIE AMES
             Attorney at Law
16       12100 Wilshire Boulevard, Suite 800
         Los Angeles, California  90025
17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

1                    **INDEX OF WITNESSES**

2

3    PLAINTIFF'S WITNESSES                                    PAGE

4    GOODMAN, Jerome

5        Direct Examination by Mr. McLain                      6
         Cross-Examination by Ms. Ames                        35
6        Cross-Examination by Mr. Emmick                      44

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 54 - | Letter from GigaPix signed by Chris Blauvelt dated 2/28/2006 | 10 | 10 |
| 55 - | Letter dated 7/31/2006 signed by Chris Blauvelt | 10 | 11 |
| 56 - | Letter from GigaPix signed by David Pritchard dated 1/23/2007 | 11 | 11 |
| 57 - | Letter from GigaPix signed by David Pritchard dated 8/7/2007 | 11 | 12 |
| 58 - | Letter from Chris Blauvelt dated 7/23/2008 and Investor Packet from GigaPix | 41 | 42 |
| 59 - | GigaPix letters enclosing stock certificates | 20 | 21 |
| 60 - | Letter dated 1/16/2009 signed by David Pritchard | 12 | 12 |
| 61 - | Letter from Chris Blauvelt dated 5/29/2009 discussing Colin Mutton | 12 | 13 |
| 62 - | Letter dated 6/10/2009 signed by Chris Blauvelt and David Pritchard | 13 | 13 |
| 63 - | Check for $10,000 signed by Jerome Goodman | 26 | 26 |
| 64 - | Letter from *OZ3D*, LLC, containing confirmation of membership signed by Chris Blauvelt dated 12/31/2009 | 27 | 28 |
| 65 - | Letter signed by Chris Blauvelt | 13 | 14 |
| 66 - | Letter dated November 2011 containing financial statements for GigaPix signed by Colin Mutton | 33 | 33 |
| 67 - | Letter dated 5/24/2001 signed by David Pritchard stating *OZ3D* is in production | 30 | 30 |
| 68 - | Letter dated 5/24/2011 signed by David Pritchard stating GigaPix Studios to be public company | 14 | 14 |
| 69 - | Letter dated 11/25/2011 signed by Chris Blauvelt | 15 | 15 |

**UNITED STATES DISTRICT COURT**

```
1              LOS ANGELES, CALIFORNIA; WEDNESDAY, OCTOBER 15, 2014

2                              1:36 P.M.

3                               -oOo-

4              (The following is a partial transcript

5               of the day's trial proceedings.)

6              (In the presence of the jury.)

7              THE COURT:  The jurors are all present and in their

8    proper places.  The defendants are present with their counsel.

9         Call your next witness.

10             MR. MCLAIN:  Your Honor, the Government would call

11   Mr. Jerome Goodman.

12             THE COURTROOM DEPUTY:  Just stand right here.

13   Please raise your right hand.

14        Do you solemnly swear that the testimony you shall give in

15   the cause now pending before this Court shall be the truth, the

16   whole truth, and nothing but the truth, so help you God?

17             THE WITNESS:  I do.

18             THE COURTROOM DEPUTY:  Okay.  Thank you.  Please

19   take a seat.

20        Please state your full and true name for the record and

21   spell your last name.

22             THE WITNESS:  Jerome, J-e-r-o-m-e, Goodman, G,

23   double o, d-m-a-n.

24   ///

25   ///
```

| | |
|---|---|
| 1 | **DIRECT EXAMINATION** |
| 2 | BY MR. MCLAIN: |
| 3 | Q    Mr. Goodman, how old are you? |
| 4 | A    85. |
| 5 | Q    And where do you currently live? |
| 6 | A    Currently live in Chandler, Arizona.  422 West Beechnut. |
| 7 | Q    And what is your current profession? |
| 8 | A    I'm retired. |
| 9 | Q    And what did you retire from? |
| 10 | A    From a family beverage business. |
| 11 | Q    And how would you describe your experience and knowledge |
| 12 | of investing in securities, meaning stock options and bonds? |
| 13 | A    Well, I've done some.  I'm not a pro.  And I have a son |
| 14 | who -- who deals in that. |
| 15 | Q    Was there ever a Private Placement Memorandum issued to |
| 16 | you with those investments? |
| 17 | A    I had gotten it, but I was told not to pay any attention |
| 18 | to it. |
| 19 | Q    I mean, with your previous investments.  Was there ever a |
| 20 | PPM, or Private Placement Memorandum, with those investments? |
| 21 | A    Oh, positively. |
| 22 | Q    And did you ever invest money in a movie company called |
| 23 | GigaPix? |
| 24 | A    Yes, I did. |
| 25 | Q    And approximately when did you first learn about an |

1  investment opportunity in a movie company called GigaPix?

2  A    I think it was about 1904.

3  Q    Was that the summer of 2004?

4  A    2004.

5  Q    And who did you learn about this opportunity from?

6  A    Gregory Pusateri.

7  Q    And did you also talk to Mr. Chris Blauvelt about this

8  opportunity?

9  A    Yes.

10  Q    And when you spoke to Mr. Chris Blauvelt, what did he

11  represent to you concerning your investment in GigaPix?

12  A    He emphasized I'd be very, very happy with the return.  It

13  was supposed to be very substantial.

14  Q    And how much was Mr. Chris Blauvelt trying to get you to

15  invest in GigaPix in 2004?

16  A    About 20,000.

17  Q    And what did you communicate to Mr. Blauvelt concerning

18  your ability to invest $20,000 in GigaPix all at once?

19  A    I do not have that type of money.  I have kids, sons in

20  college, and I even have a mortgage on my present home.  And

21  I -- I wasn't able to.

22  Q    And what was Mr. Blauvelt's response to you when you told

23  him you didn't have $20,000 to invest at once?

24  A    He said, "Well, buy" -- "buy it in pieces."

25  Q    And how much did you ultimately end up investing in

1  GigaPix?

2  A     Total?

3  Q     Yes.

4  A     $30,000.

5  Q     And did you invest in pieces as he suggested?

6  A     Well, I bought 10-, then I bought 5-, 5- more in GigaPix.

7  And I bought 10-, I got a friend to buy the other 10- because

8  they were sold in units of 20,000.

9  Q     And how did you send in your payments for your investments

10  in GigaPix?  Was it in U.S. mail?

11  A     U.S. mail, correct.

12  Q     And when you invested in GigaPix, were you an accredited

13  investor?

14  A     No, I wasn't.

15  Q     And did Chris Blauvelt ask you about your net worth when

16  he spoke to you?

17  A     There wasn't too much emphasis on it.  The main thing is

18  he wanted money for the present transaction.

19  Q     And before you invested, did Mr. Blauvelt mention to you

20  the risk associated with your investment in GigaPix?

21  A     Not according to him, no.

22  Q     And were you informed that you needed to invest within a

23  short period of time?

24  A     It was like -- I can't remember exactly, but it was a week

25  or two, ten days.

1  Q     And what were you told concerning the profitability of

2  GigaPix's previous movies?

3  A     That it was going to be a winner.

4  Q     Now, before you invested in GigaPix, did you receive a PPM

5  or pamphlet identifying the substantial risks that GigaPix

6  presented?  Was it before or after you invested?

7  A     Actually, it was after.

8  Q     Now, after you invested in GigaPix, did you receive any

9  investor update letters?

10  A     I received some, yes.

11  Q     And did you receive these investor update letters via the

12  U.S. mail?

13  A     Yes.

14  Q     And how did these letters affect your investments in

15  GigaPix?  Did it make you feel good about your investments?

16  A     They were very flowery.  And at first I read a few and

17  then I didn't read them because I didn't see any movement,

18  anything happening.

19           MR. MCLAIN:  Madam Clerk, I'd ask at this time that

20  Mr. Goodman be shown Exhibit No. 54.

21  BY MR. MCLAIN:

22  Q     And what we'll do, Mr. Goodman, is we'll go through a lot

23  of the exhibits at once and then have you go back and focus on

24  a few of them.  But first I want to look at Exhibit 54.

25           THE COURTROOM DEPUTY:  Exhibit 54 is identified and

```
 1    placed before the witness.
 2               (Exhibit 54 for identification.)
 3    BY MR. MCLAIN:
 4    Q     And do you recognize that document?
 5    A     Yes, I do.
 6    Q     Is that an example of one of the investment letters that
 7    you were given after your investment in GigaPix?
 8    A     Yes.
 9               MR. MCLAIN:  Your Honor, at this time the Government
10    would ask to admit Exhibit No. 54.
11               THE COURT:  Any objection?
12               MR. EMMICK:  No objection.
13               THE COURT:  54 in evidence.
14               (Exhibit 54 received into evidence.)
15    BY MR. MCLAIN:
16    Q     And also ask you to take a look at the next exhibit,
17    Exhibit No. 55.
18               THE COURTROOM DEPUTY:  Exhibit 55 is identified and
19    placed before the witness.
20               (Exhibit 55 for identification.)
21    BY MR. MCLAIN:
22    Q     Is that also another example of an investment update
23    letter you received from GigaPix?
24    A     Yes.
25               MR. MCLAIN:  Your Honor, the Government would like
```

```
 1  to admit Exhibit No. 55.
 2              THE COURT:  Any objection?  55 in evidence.
 3              (Exhibit 55 received into evidence.)
 4  BY MR. MCLAIN:
 5  Q    And if you could now take a look at Exhibit No. 56.
 6              (Exhibit 56 for identification.)
 7  BY MR. MCLAIN:
 8  Q    Is that another example of an investor update letter you
 9  received from GigaPix?
10  A    Yes.
11              MR. MCLAIN:  Your Honor, the Government would like
12  to admit Exhibit No. 56.
13              THE COURT:  Any objection?  56 in evidence.
14              (Exhibit 56 received into evidence.)
15  BY MR. MCLAIN:
16  Q    If you could take a look at Exhibit No. 57.
17              (Exhibit 57 for identification.)
18  BY MR. MCLAIN:
19  Q    Is that also an example of an investment update letter you
20  received from GigaPix?
21  A    Yes.
22              MR. MCLAIN:  The Government would like to admit
23  Exhibit No. 57, Your Honor.
24              MR. EMMICK:  No objection.
25              THE COURT:  Exhibit 57 in evidence.
```

```
 1              (Exhibit 57 received into evidence.)
 2    BY MR. MCLAIN:
 3    Q    Now if you could take a look at Exhibit No. 60.  So flip
 4    through a few of the exhibits.
 5              THE COURTROOM DEPUTY:  Exhibit 60 is identified and
 6    placed before the witness.
 7              (Exhibit 60 for identification.)
 8    BY MR. MCLAIN:
 9    Q    Is that also an example of an investment update letter you
10    received from GigaPix?
11    A    Yes, it is.
12              MR. MCLAIN:  Your Honor, the Government would like
13    to admit Exhibit No. 60.
14              THE COURT:  Any objection?
15              MR. EMMICK:  No objection.
16              THE COURT:  60 in evidence.
17              (Exhibit 60 received into evidence.)
18    BY MR. MCLAIN:
19    Q    Now if you could take a look at Exhibit No. 61.
20              (Exhibit 61 for identification.)
21    BY MR. MCLAIN:
22    Q    Is that also an example of an investment update letter you
23    received from GigaPix?
24    A    Yes, it is.
25              MR. MCLAIN:  The Government would move to admit
```

1   Exhibit No. 61, Your Honor.

2            THE COURT:  Any objection?  61 in evidence.

3            (Exhibit 61 received into evidence.)

4   BY MR. MCLAIN:

5   Q    If you could take a look at Exhibit No. 62.

6            (Exhibit 62 for identification.)

7   BY MR. MCLAIN:

8   Q    Is that also an investor update letter you received from

9   GigaPix?

10  A    Yes, it is.

11           MR. MCLAIN:  The Government would move to admit

12  Exhibit No. 62.

13           THE COURT:  Any objection?

14           MR. EMMICK:  No, Your Honor.

15           THE COURT:  62 in evidence.

16           (Exhibit 62 received into evidence.)

17  BY MR. MCLAIN:

18  Q    Now if you could take a look at Exhibit No. 65.  So it's a

19  few exhibits in.

20           THE COURTROOM DEPUTY:  Exhibit No. 65 is identified

21  and placed before the witness.

22           (Exhibit 65 for identification.)

23  BY MR. MCLAIN:

24  Q    Is that also an example of an investment update letter you

25  received from GigaPix?

1    A     Yes, it is.

2              MR. MCLAIN:  The Government would move to admit

3    Exhibit No. 65.

4              THE COURT:  Any objection?

5              MS. AMES:  No.

6              MR. EMMICK:  No.

7              THE COURT:  65 in evidence.

8              (Exhibit 65 received into evidence.)

9    BY MR. MCLAIN:

10   Q     Now if you could take a look at Exhibit No. 68.

11             THE COURTROOM DEPUTY:  Exhibit No. 68 is identified

12   and placed before the witness.

13             (Exhibit 68 for identification.)

14   BY MR. MCLAIN:

15   Q     Is that also an example of an investor update letter you

16   received from GigaPix?

17   A     Yes, it is.

18             MR. MCLAIN:  The Government would move to admit

19   Exhibit No. 68.

20             THE COURT:  68 in evidence.

21             (Exhibit 68 received into evidence.)

22   BY MR. MCLAIN:

23   Q     If you could take, finally, a look at Exhibit No. 69.

24             THE COURTROOM DEPUTY:  Exhibit No. 69 is identified

25   and placed before the witness.

1          (Exhibit 69 for identification.)

2     BY MR. MCLAIN:

3     Q     Is that also an example of an investment update letter you

4     received from GigaPix?

5     A     Yes, it is.

6              THE COURT:  Any objection?

7              MS. AMES:  No objection.

8              MR. EMMICK:  No objection.

9              THE COURT:  69 in evidence.

10             (Exhibit 69 received into evidence.)

11    BY MR. MCLAIN:

12    Q     Now, at this time, I'd like you to go back and focus on

13    Exhibit No. 55.  And we can both bring that up on the screen,

14    please.  If you could blow it up a little bit.

15          And now, what is the date on this document, Mr. Goodman --

16    I'm sorry.  I'll wait until you have it in front of you.  It's

17    also on the screen in front of you, Mr. Goodman.

18    A     July 31st, 2006.

19    Q     And who is this document from?

20    A     Chris Blauvelt.

21    Q     And now, I want you to take a look at the first page of

22    this document, the third paragraph.

23    A     Yes.

24    Q     And in that third paragraph, what -- who is this document

25    saying was the new president of GigaPix on July 31st, 2006?

1    A      David Pritchard.

2    Q      And now, if you can take a look at the fourth paragraph of

3    this letter.

4           Were two movie projects slated for production in September

5    of 2006, according to that paragraph?

6    A      Yes.

7    Q      And does this letter represent that they were expected to

8    make a profit in the range of 6 to $8 million?

9    A      Correct.

10   Q      Now, if you take a look also at the end of that fourth

11   paragraph.  Is GigaPix being compared to the companies Pixar

12   and DreamWorks by Mr. Blauvelt?

13   A      Yes.

14   Q      Now, I'd actually like you to focus on Exhibit No. 62.

15   We'll pull that up on the screen.  And if you could highlight

16   the date on that exhibit.  What's the date on that exhibit --

17   I'm sorry.  I'll wait until you --

18   A      June 10th, 2009.

19   Q      And if you look at the second page of this exhibit -- you

20   know, it will actually be up on the monitor in front of you.

21          Who is this letter from?

22   A      Well, it's got "Regards, Chris Blauvelt."  And on the

23   right side, it's got "David Pritchard, President."

24   Q      And now, if you also look at the second page of this

25   document, the first paragraph where it references Ernst &

```
 1    Young?
 2    A     Yes.
 3    Q     What accounting firm did GigaPix claim would conduct an
 4    audit of its financials?
 5    A     Ernst & Young.
 6    Q     And now, if you look at the second page of this document,
 7    the first paragraph, does it represent that this audit would be
 8    done in mid June of 2009, if you look at the highlighted
 9    portion?
10    A     Yes.
11    Q     Now, did Mr. Blauvelt and Mr. Pritchard give you the
12    impression that GigaPix had hired an accounting firm to audit
13    the company?
14    A     I -- I believe that was what they told me.
15    Q     And the representations like this one, did they give you
16    comfort in investing in GigaPix and OZ3D?
17    A     None.
18    Q     And now, if you take a look at Exhibit No. 65.  We'll pull
19    that one up.
20          Now, if you'll tell me who this letter is from.
21    A     It's from Chris Blauvelt, Chairman and CEO.
22    Q     And again, if you look at the very last line of that
23    letter, it says, "We would like to thank you for your patience
24    and support and ask you to continue to stand with us as we move
25    forward into 2011."
```

1       So you had received this letter probably around the end of

2  2010?

3  A    Yes.

4  Q    Now, if you would take a look at the first paragraph of

5  this letter on the first page.  And if you look at the -- near

6  the second-to-the-last line of that first paragraph where it

7  says "GigaPix has made it through and is growing into a

8  stronger company," if you can highlight that for us.

9       And so based on this letter that you received from

10  Mr. Blauvelt, is it being represented to you that GigaPix is

11  becoming a stronger company as of the end of 2010?

12  A    No.

13  Q    Would -- the sentence in that letter, what does it say?

14  A    As you -- which part?

15  Q    The highlighted portion, if you could just read that.

16  A    "GigaPix has made it through and is growing into a

17  stronger company, becoming even more," quote, "the right

18  company for the right time," end quote, "in Hollywood."

19  Q    And this is around the end of 2010?

20  A    Yes.

21  Q    Now, if we could pull up Exhibit No. 68.  And what is the

22  date on this document?

23  A    May 24th, 2011.

24  Q    And if you look at the third page of this document, who is

25  this letter from?

1    A      David Pritchard, President, GigaPix Studios.

2    Q      And now, I want to bring you back to the first page of

3    this document in the first paragraph.  And what does it say in

4    bold in that first paragraph?

5    A      "GigaPix Studios is set to become a publicly traded

6    company."

7    Q      And now, if you look at the middle of that first page, the

8    middle paragraph, what does this letter indicate concerning

9    *OZ3D* in bold?  If you could just read what's in bold.

10   A      "*OZ3D* in production."

11   Q      And again, this is as of the date of this letter,

12   May 24th, 2011?

13   A      Correct, has begun an *OZ3D* animated feature.

14   ARC Productions recently named Starz Animation in Toronto,

15   Canada.

16   Q      And now if you look at the second page of this document,

17   the portion in bold that talks about Prints and Advertising

18   Fund.  Does this letter indicate -- what does this letter

19   indicate in Prints and Advertising Fund, if you can read what's

20   in bold?

21   A      "Prints and Advertising Fund near completion.  To

22   compliment our film releasing division, we are nearing

23   completion of a Prints and Advertising Fund, (P&A), with

24   projected total assets of $100 million.  The fund would be

25   administered by a third party fund manager (exclusively for

```
 1    GigaPix Releasing) and be used to finance the distribution of
 2    both internally and externally produced films."
 3    Q     Thank you, sir.
 4          Now, did you ever receive any stock certificates with your
 5    investments in GigaPix?
 6    A     Originally I -- I received warrants.
 7    Q     Okay.  And did you receive those via the U.S. mail?
 8    A     U.S. mail.
 9    Q     Now, if you take a look at Exhibit --
10          MR. MCLAIN:  Actually, if you could present to
11    the -- Mr. Goodman for identification purposes Exhibit No. 59.
12          THE COURTROOM DEPUTY:  Exhibit No. 59 is identified
13    and placed before the witness.
14          (Exhibit 59 for identification.)
15    BY MR. MCLAIN:
16    Q     And do you recognize that document?
17    A     Yes, I do.
18    Q     And is this a true and accurate representation of letters
19    you received from GigaPix?
20    A     Yes.
21          MR. MCLAIN:  Your Honor, the Government would ask to
22    move Exhibit No. 59 into evidence.
23          THE COURT:  Any objection?
24          MS. AMES:  No objection.
25          MR. EMMICK:  No objection.
```

**UNITED STATES DISTRICT COURT**

1            THE COURT:  59 in evidence.

2            (Exhibit 59 received into evidence.)

3            MR. MCLAIN:  Now, if we can pull up Exhibit No. 59

4    on the screen.

5    BY MR. MCLAIN:

6    Q    If you want to take it out of there as well, you can,

7    Mr. Goodman, if that's easier for you.  It's at the top.  I'm

8    going to ask you to flip through those pages.

9         So now, the first two letters are dated September 2004.

10   And did you receive those after you invested $10,000 in GigaPix

11   in September of 2004?

12   A    Well, I called Gregory.  I says, "I don't have any stock.

13   I have warrants."  He says, "Let me look into it and get them

14   for you."  Then shortly after that, I got the stock.

15   Q    So in addition to talking to Mr. Chris Blauvelt, you also

16   spoke to a person by the name of Gregory Pusateri?

17   A    Correct.

18   Q    And if you take a look at the -- so that -- those first

19   two letters, you did receive those, though, after you invested

20   $10,000 in September of 2004?

21   A    Yes.

22   Q    And that third letter, did you receive that in April of

23   2005 after you invested $5,000 in GigaPix?

24   A    Yes.

25   Q    And the fourth letter, did you receive that letter in June

**UNITED STATES DISTRICT COURT**

1    of 2006 after you invested another $5,000 in GigaPix?

2    A      Yes.

3    Q      And now, did you receive stock certificates with these

4    letters, or did you receive the certificates later?

5    A      Not with the letters.  They came in, I think, after --

6    Q      Okay.

7    A      -- I received it.

8    Q      And now, in total, how much of your money did you invest

9    in GigaPix Studios itself?  Was it $20,000?

10   A      Correct.

11   Q      And was any representation ever made to you that your

12   investment money in GigaPix Studios may be used for personal

13   expenses of GigaPix's employees?

14   A      No.  Not -- not one time.

15   Q      And would the use of your investment for personal expenses

16   by GigaPix employees influence your willingness to invest in

17   the company?

18   A      Absolutely not.

19   Q      Well, would it influence it?  Would it cause you not to

20   invest?

21   A      Oh, I would not invest, absolutely.

22   Q      Thank you.

23          Now, I want to move over to *OZ3D*.  So after your initial

24   investment in GigaPix, did you speak to -- you've been talking

25   to, I guess, Mr. -- you talked to Mr. Greg Pusateri, but you

**UNITED STATES DISTRICT COURT**

1    also more specifically spoke to Mr. Chris Blauvelt; correct?

2    A     Yes.

3    Q     And then if you -- then were you approached by someone by

4    the name of Cherie Brown?

5    A     Cherie Brown took the account over from Gregory Pusateri.

6    Q     And this initial conversation with Ms. Brown occurred in

7    September of 2009?

8    A     I believe so.

9    Q     And what did Ms. Brown tell you about *OZ3D*?

10   A     Well, she painted me a beautiful picture.  It's going to

11   be dynamic.  And she wanted me to get into this because the

12   ancillary end of it -- T-shirts, all kinds of memorabilia, so

13   on and so forth.  And that's where the big money is going to be

14   made.

15   Q     And did Ms. Brown tell you that your successful -- that

16   the successfulness of *OZ3D* was guaranteed?

17   A     Yes.

18   Q     And now, what did Ms. Brown tell you, if anything, about

19   the riskiness of this investment?

20   A     There was never any word of the risks.  It was always how

21   well we're going to do.

22   Q     And so Ms. Brown didn't identify for you any issues with

23   investing in *OZ3D*?

24   A     None whatsoever.

25   Q     And she never told you that you could lose your entire

1    investment by investing in *OZ3D*?

2    A    No.

3    Q    Now, what were you told concerning the profitability of

4    your returns in *Oz*?  That they were all guaranteed?

5    A    That they were guaranteed.

6    Q    Okay.  Um, and how much specifically did Ms. Brown

7    represent that *OZ3D* would earn?

8    A    Well, she put on a comparison with Pixar, one of the

9    latest things at that time.  They had done $2.1 billion.

10   Q    And was this investment concerning *OZ3D* before you

11   invested?

12   A    Positively.

13   Q    And what did Ms. Brown tell you concerning the release

14   date of the movie *OZ3D*?

15   A    Well, she didn't give me a direct day, but she said it was

16   going to be released in the near future because they were

17   winding down on the production of it.

18   Q    And did she say it would be released within a few months?

19   A    Correct.

20        Incidentally, I don't know if I mentioned, Greg Pusateri

21   called the house and he told my wife, "What are you going" --

22        MS. AMES:  I'll object, Your Honor, as to hearsay

23   and nonresponsive to the question.

24        THE COURT:  Overruled.

25        MR. MCLAIN:  It's okay.

**UNITED STATES DISTRICT COURT**

```
 1    BY MR. MCLAIN:

 2    Q    Now, did Ms. Cherie Brown also mention to you anything

 3    about the profitability of GigaPix's previous productions?

 4    A    Yes, said they were being shown in movies and on TV.

 5    Q    Did she describe them as profitable?

 6    A    And the return -- the comments have been very, very high.

 7    Q    Did she mention that they were making a profit?

 8    A    I -- I believe so.

 9    Q    Now, of your investment in OZ3D -- and let me -- did you

10    invest $10,000 in OZ3D?

11    A    Correct.

12    Q    And of your investment in OZ3D, how much of that did you

13    believe would be used toward the production costs of OZ3D?

14    A    The entire thing.

15    Q    And did you invest in OZ3D because you thought it was a

16    guarantee that the movie was actually being produced?

17    A    Absolutely.

18    Q    Was there also pressure put on you to make this

19    investment?

20         MS. AMES:  Objection.  Leading.

21         THE COURT:  The objection is overruled.

22    BY MR. MCLAIN:

23    Q    Was there also pressure put on you to make this

24    investment?

25    A    Yes.
```

```
 1    Q    Now, I'd like you to take a look -- for identification
 2    purposes, if we could take a look at Exhibit No. 63.
 3              THE COURTROOM DEPUTY:  Exhibit No. 63 is identified
 4    and placed before the witness.
 5              (Exhibit 63 for identification.)
 6    BY MR. MCLAIN:
 7    Q    Do you recognize this document?
 8    A    Yes, I do.
 9    Q    And what is this document?
10    A    This is a check drawn on our bank.
11    Q    And is that a fair and accurate copy of the front and back
12    of the check you wrote out to OZ3D for $10,000?
13    A    Yes, it is.
14              MR. MCLAIN:  Your Honor, the Government would ask to
15    admit Exhibit No. 63.
16              MS. AMES:  No objection.
17              MR. EMMICK:  No objection.
18              THE COURT:  63 is in evidence.
19              (Exhibit 63 received into evidence.)
20              MR. MCLAIN:  If we could pull up that exhibit,
21    Exhibit No. 63, publish it to the jury.
22    BY MR. MCLAIN:
23    Q    And what is the date on this check?
24    A    December 10th.
25    Q    And did you sign this check on or about this date?
```

**UNITED STATES DISTRICT COURT**

1   A    This is my signature.  It was signed then.

2   Q    Did you send in your $10,000 payment for *OZ3D* via FedEx

3   mail?

4   A    Yes.

5   Q    And you mailed it on or about that date, December 10th or

6   11th, 2009?

7   A    Correct.

8   Q    And where did you mail the check to?  Was it sent to

9   GigaPix in California?

10  A    Yes.

11  Q    And did you include any type of cover letter with the

12  check?

13  A    I had -- this is my payment for *Oz*, Jerome Goodman, and --

14  Q    Okay.  And for your $10,000 investment in *OZ3D*, did you

15  ever receive any stock certificates related to that investment?

16  A    Well, I have a stock certificate, but it doesn't -- yeah,

17  I have a stock certificate.

18  Q    Okay.  And did you receive that via the U.S. mail as well?

19  A    Yes.

20  Q    Now, I'd actually like you to take a look at what's

21  been -- for identification purposes, Exhibit No. 64.

22        THE COURTROOM DEPUTY:  Exhibit No. 64 is identified

23  and placed before the witness.

24        (Exhibit 64 for identification.)

25  *///*

UNITED STATES DISTRICT COURT

```
 1   BY MR. MCLAIN:
 2   Q     And do you recognize this document?
 3   A     Yes, I do.
 4   Q     And is this the certificate of membership for your
 5   investment in OZ3D?
 6   A     Yes.
 7   Q     Or letter describing it?
 8   A     Yes.
 9            MR. MCLAIN:  Your Honor, the Government would ask to
10   admit Exhibit No. 64.
11            MS. AMES:  No objection.
12            MR. EMMICK:  No objection.
13            THE COURT:  64 is in evidence.
14            (Exhibit 64 received into evidence.)
15            MR. MCLAIN:  Can you bring up Exhibit No. 64?
16   BY MR. MCLAIN:
17   Q     And now, according to this letter -- who sent this letter
18   to you?
19   A     Chris Blauvelt.
20   Q     And what date was this sent to you?
21   A     December 31st, 2009.
22   Q     And now, if you'll take a look at the screen, I'll ask
23   them to bring up the second page of this exhibit.  If you could
24   focus in on the membership interest.
25            How much was your membership interest in OZ3D at this
```

1    time?

2    A     This was $10,000.

3    Q     And is it 1 Series A Unit?  Does it say that at the

4    bottom?

5    A     Correct.  1 Series A Unit.

6    Q     And did you receive this letter from Mr. Chris Blauvelt

7    via U.S. mail?

8    A     Yes.

9    Q     Now, after you invested in GigaPix and then in *OZ3D*, did

10   you ever become concerned about your investments in these

11   entities and the fact that you hadn't received any returns?

12   A     Yes, I had.

13   Q     As a result, did you visit GigaPix?

14   A     I went down, saw the studio, saw if it was legitimate, if

15   there was such a place.  And -- and I had lunch with --

16   Q     And who did you have lunch with?

17   A     With Cherie Brown.

18   Q     And was there any indication during that point, when you

19   had lunch with Ms. Cherie Brown, that there were any issues

20   with GigaPix or *OZ3D*?

21   A     No.  It was in production.  It was full speed ahead.

22   Q     Now, I'd like to -- you to take a look for identification

23   purposes at Exhibit No. 67.

24          THE COURTROOM DEPUTY:  Exhibit No. 67 is identified

25   and placed before the witness.

```
 1                (Exhibit 67 for identification.)

 2    BY MR. MCLAIN:

 3    Q    And is this an example of an investor update letter you

 4    received from OZ3D?

 5    A    Yes.

 6              MR. MCLAIN:  Your Honor, the Government would ask to

 7    admit Exhibit No. 67 into evidence.

 8              THE COURT:  Any objection?

 9              MS. AMES:  No objection.

10              MR. EMMICK:  No objection.

11              THE COURT:  67 in evidence.

12              (Exhibit 67 received into evidence.)

13              MR. MCLAIN:  And publish it to the jury.

14    BY MR. MCLAIN:

15    Q    And now, what is the date on this document?

16    A    May 24th, 2011.

17    Q    And who is this letter from?

18    A    It's from David Pritchard.

19    Q    And according to this letter, what is the status of the

20    OZ3D movie as of May 2011, if you look at the portion in bold?

21    A    It has begun --

22    Q    Actually, if you look at the screen in front of you, just

23    the part that's in bold.

24    A    "OZ3D in production.  Production has begun on the OZ3D

25    animated feature at the Starz Animation Studios in Toronto,
```

**UNITED STATES DISTRICT COURT**

1  Canada."

2  Q    And was any representation -- and again, so in total you

3  invested 10,000 in *OZ3D*.  Was any representation ever made to

4  you that your investment money in *OZ3D* may be used for personal

5  expenses of GigaPix employees?

6  A    No.

7  Q    And would the use of your investment for personal expenses

8  by GigaPix employees have influenced your willingness to

9  actually invest in *OZ3D*, if you had known they were using it

10 for personal expenses?

11 A    I would never have invested.

12 Q    Now, in addition to Ms. Cherie Brown, did you also speak

13 to Mr. David Pritchard about your investments in GigaPix and

14 *OZ3D*?

15 A    I have the time -- several times.

16 Q    And did you initially speak to Mr. David Pritchard around

17 December of 2009?

18 A    Yes.

19 Q    And what did Mr. David Pritchard say to you during your

20 conversation with him?

21 A    Well, he assured me everything is going good, everything

22 is going to be a winner, and so on and so forth.  He never

23 intimated there were difficulties.  He says everything -- I

24 can't -- you know, everything's in order.

25 Q    And after December of 2009, did you also speak to

1   Mr. Pritchard a few more times?

2   A    Yes.

3   Q    And what did Mr. Pritchard tell you to convince you -- to

4   try to convince you to invest even -- or did he try to convince

5   you to invest even more money in *OZ3D*?

6   A    Oh, yes.

7   Q    And what did he tell you to try to convince you to invest

8   even more money in *OZ3D*?

9   A    Well, he said it's going to be bigger than we thought and

10  it's going to be a winner.  It's once in a lifetime.

11  Q    And now, for your investment in GigaPix, you mentioned

12  that you received the PPM after you invested; is that correct?

13  A    Correct.

14  Q    Now, for your investment in *OZ3D*, did you also receive a

15  PPM for that investment, a Private Placement Memorandum?

16  A    No.

17  Q    Do you know what a PPM is?

18  A    Yeah.

19  Q    Okay.  Were you ever informed by anyone at GigaPix that

20  GigaPix and *OZ3D* had received cease and desist orders?

21  A    No.  I never heard a thing about it.

22  Q    Was it important to you to know of any cease and desist

23  orders before you made your decision to invest in *OZ3D*?

24  A    Absolutely, it was.

25  Q    Now, so was the last investment you made in GigaPix

1  Studios or *OZ3D* in December of 2009, approximately?

2  A     Yes.

3  Q     Now, if you could take a look at -- for identification

4  purposes, if you can look at Exhibit No. 66.

5          THE COURTROOM DEPUTY:  Exhibit No. 66 is identified

6  and placed before the witness.

7          (Exhibit 66 for identification.)

8  BY MR. MCLAIN:

9  Q     And is this also a letter that you received from GigaPix

10  Studios in or about November of 2011?

11  A     Yes.

12          MR. MCLAIN:  Your Honor, the Government would ask to

13  admit Exhibit No. 66.

14          THE COURT:  Any objection?

15          MS. AMES:  No objection.

16          MR. EMMICK:  No objection.

17          THE COURT:  66 in evidence.

18          (Exhibit 66 received into evidence.)

19          MR. MCLAIN:  If you could publish Exhibit No. 66 for

20  the jury, please.

21  BY MR. MCLAIN:

22  Q     And what is the date on this document?

23  A     November 2011.

24  Q     And again, your last investment was around December of

25  2009?

1    A    Correct.

2    Q    And now, if you'll take a look -- I'll ask for page 6 of

3    Exhibit No. 66 to be brought up.  If you could highlight the

4    net income line.

5         How much in net income had GigaPix Studios lost by the end

6    of 2009?

7    A    $1,274,708.

8    Q    And now, if you could take a look at page 9 of Exhibit 66.

9    I'll ask for that to be brought up for you.  And that's as of

10   2010.

11        If you take a look at the net income line on this

12   document, how much in net income had GigaPix Studios lost by

13   the end of 2010?

14   A    $997,705.

15   Q    And now, if you take a look at page 11 of this document, I

16   believe at the top it says October of 2011.  And if you look at

17   the net income line on this document, how much had GigaPix lost

18   in net income by the end of October of 2011?

19   A    $240,948.

20   Q    So before receiving this letter, had anyone at GigaPix,

21   whether it was Mr. Blauvelt, Mr. Pritchard, or anyone,

22   mentioned to you that GigaPix was losing money?

23   A    No.

24   Q    Had you known that GigaPix was losing money, would you

25   have invested further in *OZ3D*?

1    A      Absolutely no.

2    Q      Did you ever receive any return on your $30,000 investment

3    from -- investments in GigaPix and *OZ3D*?

4    A      No.

5    Q      Did you ever receive any of your initial $30,000

6    investment money back from investments in GigaPix and *OZ3D*?

7    A      No.

8            MR. MCLAIN:  No further questions, Your Honor.

9            THE COURT:  Cross-examination, Defendant Blauvelt.

10                      **CROSS-EXAMINATION**

11   BY MS. AMES:

12   Q      Good afternoon, sir.

13   A      Good afternoon.

14   Q      When, again, did you take the tour of GigaPix Studios?

15   A      It was in the summertime.  My wife and I drove up there.

16   We saw the studio.

17   Q      And what year was that, if you recall?  Do you recall?

18   A      I don't recall.

19   Q      And you were able to tour the facility; is that correct?

20   A      Correct.

21   Q      And what did you observe when you toured the facility?

22   A      I saw desks, I saw a lot of animated stuff that's used in

23   the filming, and I -- I was introduced to someone in the

24   departments.

25   Q      Do you recall who you were introduced to in the

```
 1   departments?
 2   A     Not really.  You know, I didn't write anything down and I
 3   don't recall.
 4   Q     But you were introduced to several different people who
 5   were working there?
 6   A     Yeah, working.  I said, "How's it going?"  You know, they
 7   said --
 8   Q     And did they show you the computers where they were doing
 9   graphics or animation?
10   A     (No audible response.)
11   Q     And did they show you the 3D printer to do models?
12   A     Yes -- no, I don't think so.
13   Q     Okay.
14   A     I don't know if it was there or -- I saw some equipment,
15   not all of it.
16   Q     What other equipment do you recall seeing?
17   A     Well, there was a very -- there wasn't a big staff there.
18   Whoever was there showed me around, showed me what they're
19   responsible for.  And I looked around.  I mean, I'm not that
20   versed.  However, it's good to see progress.
21   Q     And about how long did you stay there?
22   A     Well, probably an hour and a half.
23   Q     And this was the facility in Chatsworth; correct?
24   A     Right.
25   Q     Now, sir, the first salesman that you dealt with -- well,
```

```
 1    let me switch gears a little bit.
 2         Are you related to anyone that works at GigaPix?
 3    A    No.  There was a Goodman there but no relation.
 4    Q    Okay.  And was Mr. Goodman the first sales representative
 5    that you dealt with?
 6    A    He was the first one.
 7    Q    And what year was that?
 8    A    Oh, gosh.  I think it was before 2000.
 9    Q    So was he the salesperson that you dealt with in
10    purchasing GigaPix stock?
11    A    Well, he talked with me.  He told me it's going to be
12    terrific and look into it and so on and so forth.
13    Q    And after your discussions with Mr. Goodman, did you then
14    invest in the company?
15    A    I did.  I bought, I think, $5,000 worth of stock.
16    Q    And then at some point did Mr. Goodman refer you over to
17    Mr. Greg Pusateri?
18    A    Correct.
19    Q    So you first dealt with Mr. Goodman and then you dealt
20    with Mr. Pusateri?
21    A    Correct.
22    Q    And then after dealing with Mr. Pusateri, you dealt with
23    Ms. Cherie Brown; is that correct?
24    A    Right.
25    Q    And that was in relation to *OZ3D*?
```

UNITED STATES DISTRICT COURT

```
 1   A     Right.
 2   Q     So Mr. Blauvelt did not deal with you in the purchase of
 3   any of the --
 4   A     Well, he had conversations.  Because I was willing to talk
 5   to the head man, get his impressions on what's happening and
 6   what's going forth.  It was very important for me.
 7   Q     And do you recall when those discussions were?
 8   A     Well --
 9   Q     Just to the best of your own recollection, sir.
10   A     They were when I first started to invest and I got really
11   interested in GigaPix.  I wanted to know how the progress was,
12   what's happening.
13   Q     And so that was after you had made your first investment;
14   is that correct?
15   A     Correct.
16   Q     And so you talked to him a few times, to the best of your
17   recollection, now after you had made that investment?
18   A     (No audible response.)
19   Q     Is that "yes" or "no"?
20   A     That's "yes."
21   Q     Sorry.  We just have a court reporter who has to take down
22   all your answers.
23         Now, do you recall in, oh, September of this year having a
24   telephone interview with an Agent Potocek and someone from the
25   U.S. Attorney's Office?  Do you recall that?
```

UNITED STATES DISTRICT COURT

```
1    A      Yes.

2    Q      And, in fact, you were going over with them, kind of

3    rehashing your memory from your investments; is that correct?

4    A      What my experience was.

5    Q      And originally they had that you -- that it was

6    Mr. Blauvelt who had talked to you about accreditation, but

7    then you corrected them and told them that was Mr. Pusateri; is

8    that correct?

9    A      (No audible response.)

10   Q      Is that a "yes"?

11   A      Yes.

12   Q      Okay.  And also, they had originally had that Mr. Blauvelt

13   talked -- asked you questions about your income and you

14   corrected them and told them that it was Mr. Pusateri; is that

15   correct?

16   A      No.  It was -- he asked me, and then Greg Pusateri got

17   ahold of it and he says, "Don't be concerned.  Just mail the

18   check."

19   Q      So is it fair to say that there's -- you're unsure of some

20   of the individuals that you talked to during the course of

21   these several years?

22   A      No.  I -- I had conversations with both Blauvelt and also

23   Greg Pusateri.

24   Q      But just so that I'm clear, it was Mr. Goodman who you

25   talked to prior to making your investments in GigaPix; correct?
```

UNITED STATES DISTRICT COURT

```
 1   A    Right.  That's when I first -- I first heard about it.
 2   Q    Okay.  And then after you invested with GigaPix,
 3   Mr. Goodman turned you over to Mr. Pusateri?
 4   A    Well, I think -- I'm not sure.  It might have been
 5   Mr. Blauvelt.
 6   Q    Now, do you recall specifically when you talked with
 7   Mr. Goodman -- or excuse me, with Ms. Brown that the movies
 8   that were discussed with you were The Baker Boys?  Do you
 9   remember that one?
10   A    Yes.
11   Q    And Captain Abu Raed; is that correct?
12   A    Yes.
13   Q    And those were the foreign movies -- or the movies they
14   discussed with you; is that right?
15   A    Yes.
16   Q    And in 2009, you made an investment in December -- we've
17   seen your check -- in OZ3D.  Do you recall that?
18   A    Correct.
19   Q    And that's what I want to talk to you about now.
20        Prior to you making that investment, you received what
21   we're calling a PPM, or a Private Placement Memorandum.  Do you
22   recall that?
23   A    Yes.
24   Q    Okay.  And, in fact, you received that sometime in August
25   of 2009; correct?
```

**UNITED STATES DISTRICT COURT**

```
 1   A     Thereabouts.

 2   Q     So you -- you had that several months prior to your making

 3   the investment; right?

 4   A     Well, the units were sold in $20,000 amounts.  My 10-

 5   didn't get it taken care of.  I had to go out and get

 6   another -- which I did, a friend who also invested, and he had

 7   a lot of conversations with Cherie.

 8   Q     Well, let me just stop you --

 9   A     Okay.

10   Q     -- just have you answer my question.

11         But the check that you wrote out was dated December of

12   2009; correct?

13   A     I believe so.

14   Q     Okay.  And you received the PPMs sometimes in August of

15   2009; correct?

16   A     Yes.

17   Q     So again, you received the PPM a few months prior to your

18   writing the check for OZ3D?

19   A     I gave it to my friend.

20         MS. AMES:  Just one moment, Your Honor.

21   BY MS. AMES:

22   Q     And, sir, I'm going to direct your attention to

23   Government's Exhibit No. 58.  Let me know when you have that

24   there in front of you.

25         (Exhibit 58 for identification.)
```

```
 1              MS. AMES:  Oh, I apologize.  I thought it had been
 2   put into evidence.
 3              MR. MCLAIN:  There's no objection to Exhibit No. 58
 4   being in evidence but it's not currently.
 5              MS. AMES:  Okay.  Thank you.
 6              THE COURT:  58 in evidence.
 7              (Exhibit 58 received into evidence.)
 8   BY MS. AMES:
 9   Q    And, sir, looking at this, this is the -- the packet
10   that --
11              THE COURTROOM DEPUTY:  Exhibit No. 58 is identified
12   and placed before the witness.
13   BY MS. AMES:
14   Q    And I'm going to refer you to page 11 of that exhibit.
15   Sir, we're going to pull it up on the screen for you so it
16   might be a little easier for you to see.
17        This is page 11 of Government's Exhibit No. 58.  Do you
18   see that, sir?
19   A    Uh-huh.
20   Q    And that is the Private Placement Memorandum that you
21   used -- that was sent to you -- is that correct? -- for GigaPix
22   Studios; is that correct, sir?
23   A    I don't recall --
24   Q    But the packet that you received, is it -- did it look
25   similar to this, to your recollection?
```

```
 1   A     This pack?

 2   Q     Yes.

 3   A     Oh, yes.

 4   Q     Okay.  So you just don't have any specific recollection of

 5   this document right now but --

 6              THE COURT:  That's what he said, Counsel.  Let's get

 7   on with it.

 8   BY MS. AMES:

 9   Q     I'll refer you to page 58 -- or excuse me -- 42 of that

10   document.  And it's up there on the screen, sir.  And do you

11   see halfway down it -- it says, "prior securities regulation

12   matters"?  Do you see that?

13   A     Yes.

14   Q     And down the bottom paragraph, it talks about a Wisconsin

15   cease and desist.  Do you see that?

16   A     I see it.

17   Q     And then if we look at the next page, it shows Oregon,

18   Colorado, and California; is that correct?

19   A     Correct.

20   Q     And so you did receive information as to these cease and

21   desist orders; is that correct?

22   A     If I did, I never saw it.

23   Q     Okay.  So is it your testimony that you just didn't read

24   the PPM?

25              THE COURT:  He never saw it, he said.
```

1   BY MS. AMES:

2   Q    Just so that I'm clear, though, sir, you do recall

3   receiving a PPM; correct?

4   A    I don't -- I don't recall.  If I had gotten it, I would

5   have read it.

6   Q    Do you recall telling, during an interview with

7   Agent Potocek, that you did receive one?

8   A    Not this one.

9   Q    Do you recall telling him that you received a PPM, though?

10  Just your own recollection.  If you don't, you don't.

11  A    I don't recall.

12          MS. AMES:  No further questions, Your Honor.

13          THE COURT:  Defendant Pritchard.

14                   **CROSS-EXAMINATION**

15  BY MR. EMMICK:

16  Q    Good afternoon, sir.

17  A    Good afternoon.

18  Q    All right.  I'm going to ask you some questions about 2009

19  and then 2011, if that's all right.  What I'd like to do is ask

20  you about your reference to getting a PPM, having to do with

21  cease and desist orders.  Do you remember that?

22  A    No.

23  Q    Okay.  You did see something in writing about cease and

24  desist orders; right?

25  A    No.  No, I didn't.

1   Q     All right.  You did hear about cease and desist orders;

2   right?

3   A     No, I didn't.

4   Q     Were there cease and desist orders made reference to in

5   some of these PPMs?

6   A     I never saw them.

7   Q     Did you hear anything about a lawyer in the New York area

8   by the name of Pepper?

9   A     No.

10  Q     There were some writings about a lawyer in New York by the

11  name of Pepper who are going to be -- referred the investments

12  in GPX; right?

13  A     I didn't hear anything about that.

14  Q     All right.  The name Pepper doesn't ring a bell for you at

15  all?

16  A     No.

17  Q     Then a New York lawyer being involved doesn't ring a bell

18  for you at all?

19  A     No.

20  Q     Then what I'd like to ask you about next is the 2011 time

21  period.  Now, in that time period, there were some letters

22  going back and forth between the shareholders and the people at

23  GPX.  Do you remember that?

24  A     If I don't have it, it's not here.

25  Q     Do you remember at some point in mid 2011 Mr. Blauvelt was

1    going to step down as --

2    A    I remember seeing that.

3    Q    Okay.  That's what I'm asking about.

4         All right.  So Mr. Blauvelt was going to step down; right?

5    A    Right.

6    Q    And he was no longer going to be in control of the

7    company; right?

8    A    Right.

9    Q    And then there was going to be another person who was

10   going to step in and exercise control over the companies, and

11   his name was Jim Cardwell; right?

12   A    Correct.

13   Q    All right.  So we had an entire change in management;

14   right?

15   A    (No audible response.)

16   Q    That was going -- excuse me.  That was going to be a big

17   change in management, wasn't it?

18   A    Supposedly, yes.

19   Q    Okay.  And did you understand that it was Mr. Pritchard's

20   idea to change the management in that way?

21   A    The way you're reading the letter.

22   Q    Okay.  Then you recall at some time later in 2011

23   Mr. Blauvelt decided to return to his position at the head of

24   GPX.  Do you remember that?

25   A    I don't recall seeing the letter.

1    Q    Okay.  But you do remember that Mr. Blauvelt did return as

2    the head of GigaPix in late 2011?

3    A    Firstly, I thought he was never out.

4              MR. EMMICK:  All right.  Nothing further.

5              MR. MCLAIN:  No redirect examination, Your Honor.

6              THE COURT:  You may step down.

7              (Testimony of Jerome Goodman concluded at 2:31 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                   **CERTIFICATE OF OFFICIAL REPORTER**

2

3   COUNTY OF LOS ANGELES   )
                                )

4   STATE OF CALIFORNIA     )

5

6              I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT

7   REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE

8   CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

9   TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING

10  IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY

11  REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT

12  THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE

13  REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

14

15

16

17              DATED THIS 5TH DAY OF NOVEMBER, 2014.

18

19

20                 /S/ MYRA L. PONCE
                  _____

21          MYRA L. PONCE, CSR NO. 11544, RMR, CRR

22            FEDERAL OFFICIAL COURT REPORTER

23

24

25