1          **UNITED STATES DISTRICT COURT**

2     **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

3        **HONORABLE MANUEL L. REAL, U.S. DISTRICT JUDGE**

4

5   **UNITED STATES OF AMERICA,**          )
                                            )
6                    **Plaintiff,**         )
                                            )
7        **vs.**                            )   **Case No. CR 14-282 R**
                                            )
8   **DAVID PRITCHARD and**                 )
    **CHRISTOPHER JAMES BLAUVELT,**         )
9                                           )
                     **Defendants.**        )
10  _____)

11

12              **REPORTER'S PARTIAL TRANSCRIPT OF**
                    **TRIAL PROCEEDINGS**
13              **TESTIMONY OF COLIN MUTTON**
                **WEDNESDAY, OCTOBER 15, 2014**
14                    **2:34 P.M.**
                **LOS ANGELES, CALIFORNIA**

15

16

17

18

19

20

21

22   _____

23         **MYRA L. PONCE, CSR NO. 11544, RPR, RMR, CRR**
                FEDERAL OFFICIAL COURT REPORTER
24              312 NORTH SPRING STREET, ROOM 430
                 LOS ANGELES, CALIFORNIA 90012
25                      (213) 894-2305

**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| 1 | **APPEARANCES OF COUNSEL:** |
| 2 | |
| 3 | **FOR THE PLAINTIFF:** |
| 4 | STEPHANIE YONEKURA |
| | Acting United States Attorney |
| 5 | BY:  ELLYN M. LINDSAY |
| | BY:  BYRON J. MCLAIN |
| 6 | Assistant United States Attorneys |
| | United States Courthouse |
| 7 | 312 North Spring Street |
| | Los Angeles, California  90012 |
| 8 | |
| 9 | **FOR THE DEFENDANT DAVID PRITCHARD:** |
| 10 | LAW OFFICES OF MICHAEL W. EMMICK |
| | BY:  MICHAEL W. EMMICK |
| 11 | Attorney at Law |
| | 3701 Highland Avenue, Suite 305 |
| 12 | Manhattan Beach, California  90266 |
| 13 | |
| | **FOR THE DEFENDANT CHRISTOPHER JAMES BLAUVELT:** |
| 14 | |
| | LAW OFFICES OF STEPHANIE AMES |
| 15 | BY:  STEPHANIE AMES |
| | Attorney at Law |
| 16 | 12100 Wilshire Boulevard, Suite 800 |
| | Los Angeles, California  90025 |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

**UNITED STATES DISTRICT COURT**

1          **INDEX OF WITNESSES**

2

3     PLAINTIFF'S WITNESSES                                        PAGE

4     MUTTON, Colin

5         Direct Examination by Mr. McLain                         5
          Cross-Examination by Mr. Emmick                         39
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 25 - | Letter dated 1/16/2009 from GigaPix signed by Chris Blauvelt | 12 | 13 |
| 201 - | Stipulation for Consent Cease and Desist Order concerning GigaPix Studios, Inc., *OZ3D*, LLC, and Chris Blauvelt from State of Colorado dated 11/17/2008 - Certified | 35 | 35 |
| 202 - | Order of Prohibition (Summary) regarding GigaPix Studios, Inc., Christopher Blauvelt, John Savage, and Steven Wilson dated 4/24/2005 from State of Wisconsin - Certified | 35 | 35 |
| 203 - | Order to Cease and Desist, Conditioning of Exemptions, Order Accessing Civil Penalty and Consent to Entry of Order regarding GigaPix Studios, Inc., and Christopher Blauvelt from State of Oregon dated 9/2/2008 | 35 | 35 |
| 204 - | Stipulation to Final Order that GigaPix Studios, Inc., *OZ3D*, LLC, Christopher Blauvelt, and Greg Pusateri Desist and Refrain from Offer and Sale of Unqualified, Non-Exempt Securities from State of California dated 5/13/2009 - Certified | 35 | 35 |
| 205 - | Cease and Desist Order regarding GigaPix Studios, Inc., and Christopher Blauvelt from State of Alabama dated 7/1/2010 - Certified | 35 | 35 |
| 206 - | Statement of Charges and Notice of Intent to Enter Order to Cease and Desist, Impose Fines, and Charge Costs regarding GigaPix Studios, Inc., and Christopher Blauvelt from State of Washington dated 10/14/2010 - Certified | 35 | 35 |
| 207 - | Stipulation and Agreement Against GigaPix Studios, Inc., from State of Connecticut dated 4/24/2012 - Certified | 35 | 35 |

**UNITED STATES DISTRICT COURT**

```
 1              LOS ANGELES, CALIFORNIA; WEDNESDAY, OCTOBER 15, 2014

 2                          2:34 P.M.

 3                          -oOo-

 4              (The following is a partial transcript

 5               of the day's proceedings.)

 6              (In the presence of the jury.)

 7              THE COURT:  Call your next witness.

 8              MR. MCLAIN:  Your Honor, the Government will now

 9    call Mr. Colin Mutton.

10              THE COURTROOM DEPUTY:  Right this way.  If you can

11    step forward through that door.  If you could stand right here

12    and face me.  Please raise your right hand.

13       Do you solemnly swear that the testimony you shall give in

14    the cause now pending before this Court shall be the truth, the

15    whole truth, and nothing but the truth, so help you God?

16              THE WITNESS:  I do.

17        COLIN FRANK MUTTON, PLAINTIFF'S WITNESS, WAS SWORN

18              THE COURTROOM DEPUTY:  Okay.  Thank you.  Please

19    take a seat.

20       And please state your full and true name for the record

21    and spell your last name.

22              THE WITNESS:  Colin Frank Mutton, M-u-t-t-o-n.

23                       DIRECT EXAMINATION

24    BY MR. MCLAIN:

25    Q    Mr. Mutton, did you first hear about GigaPix in 2007?
```

UNITED STATES DISTRICT COURT

1   A      Approximately.

2   Q      And did you start actually working at GigaPix around

3   2008 -- or I'm sorry, January of 2009?

4   A      Approximately.

5   Q      And who hired you or encouraged you to start working

6   there?

7   A      I met Mr. Pritchard sometime during 2007.  And he said,

8   "Just come on in, and we'll see where you fit."

9   Q      And did you eventually take on the position of CFO of

10  GigaPix?

11  A      Yes, I did.

12  Q      And how did Mr. -- was it Mr. Pritchard who convinced you

13  to accept that role as CFO?

14  A      There was no real convincing.  He just said, "I think you

15  should be the CFO."  And I said, "Well, okay."

16  Q      And were you the CFO of GigaPix from 2009 until 2012?

17  A      Yes.

18  Q      And during this time period, what was Chris Blauvelt's

19  official position at GigaPix when you were hired?

20  A      Up until I was CFO, he was the chairman -- the chairman,

21  the CEO, and the CFO.

22  Q      And then you replaced Mr. Blauvelt as the CFO --

23  A      Yes.

24  Q      -- in that title?

25         And what was Mr. David Pritchard's official position at

1    GigaPix when you were hired?

2    A     President.

3    Q     And what were your responsibilities at GigaPix?

4    A     I started off sort of looking for work to sort of fit in.

5    And I realized that the sheer capital records didn't tie in

6    with the financial statements.  So I spent two or three, four

7    months with a number of temp people working our way back to

8    2002 to -- I think it was $19 million.  And we reconciled it

9    within about 140,000.

10   Q     As the CFO, were you aware of how salaries were paid and

11   distributed to employees at GigaPix?

12   A     Yes.  I wasn't involved in the detail.  I didn't actually

13   understand how QuickBooks payroll worked.  My colleague Sharon

14   Simon did all the payroll.

15   Q     And as the CFO, did you pay expenses and transfer

16   GigaPix's money?

17   A     Yes.

18   Q     And was that at the direction of Mr. David Pritchard?

19   A     The smaller amounts, not really.  But when it got to

20   bigger amounts, yes, except credit card statements.  I paid

21   those without having to ask first.

22   Q     And when you arrived in -- at GigaPix or started working

23   there in early 2009 and you said you reviewed the financials,

24   did you determine whether the majority of the money received by

25   GigaPix to that point was from investor funds?

1    A    It seemed to me that all of it was investor funds.

2    Q    Now, when you were working at GigaPix, were you told what

3    your salary would be or should be?

4    A    Not for a long time.

5    Q    And when you were eventually told, what were you told?

6    A    Well, for 2009, I sort of got payments now and then.  And

7    there was at some point -- and I think it was when Mr. Blauvelt

8    left for a period -- that Pritchard said to me, um, "I think

9    you should be paid the same as me," which is 6,000 a week,

10   which, by the way, I never got.

11   Q    And was that also the amount that Mr. Blauvelt was paid

12   before he left, 6,000 a week?

13   A    The first couple of years I worked there, they regularly

14   got 6,000 a week each.

15   Q    Now, before working at GigaPix, what, if any, past

16   professional relationship did you have with a company called

17   Ernst & Young?

18   A    When I came out of college, I signed a training contract

19   with a firm of accountants which merged with another firm and

20   another firm and another firm.  And eventually that became what

21   was known as one of the Big Four, Ernst & Young, like

22   Pricewaterhouse Coopers & Lybrand.

23   Q    And did you ever recommend to the Defendants Blauvelt and

24   Pritchard that GigaPix try to hire Ernst & Young to audit

25   GigaPix's financials?

| | |
|---|---|
| 1 | A     Yes. |
| 2 | Q     And did you make this recommendation approximately May or |
| 3 | June of 2009? |
| 4 | A     I made it early in 2009. |
| 5 | Q     So early in 2009? |
| 6 | A     Probably May, could have been April. |
| 7 | Q     And before you made this recommendation to Mr. Blauvelt |
| 8 | and Mr. Pritchard that they try to hire Ernst & Young, had |
| 9 | GigaPix hired an auditing firm already? |
| 10 | A     No. |
| 11 | Q     Now, would you characterize what you did for GigaPix as |
| 12 | auditing the company's financials? |
| 13 | A     Um, most of my work -- most of my work for the first |
| 14 | probably year was, um, correcting and putting into good shape |
| 15 | the financial records because Sharon Simon, the bookkeeper, |
| 16 | wasn't a trained bookkeeper.  So I did a lot of work on sort of |
| 17 | tidying it up and getting it into more of a -- an acceptable |
| 18 | format. |
| 19 | Q     So what you did wasn't a formal audit? |
| 20 | A     Not remotely. |
| 21 | Q     Was it more like bookkeeping? |
| 22 | A     Glorified bookkeeping. |
| 23 | Q     Now, who was Bill Uchimoto? |
| 24 | A     Bill Uchimoto -- one of the people at the money raising |
| 25 | section of the company, I think, knew his daughter.  And then I |

1   think that's how he knew Bill Uchimoto.  And he was a -- a very

2   well-respected lawyer on the East Coast.  He'd been the

3   chairman of the Philadelphia Stock Exchange.

4       And so at that time, I had recommended that we reconstruct

5   the company because Mr. Blauvelt owned 92 percent of the

6   company.  And so Bill Uchimoto and his assistants helped me to

7   reconstruct the company so that the outside investors

8   eventually ended up with about 30, 40 percent.

9   Q    Now, did Mr. Uchimoto provide any auditing services for

10   GigaPix?

11   A    No.

12   Q    Now, I'd like to show you what I believe is already in

13   evidence, Exhibit No. 37.  Can we pull that up?  And if you

14   take a look at the second page of this document.

15       Who is this document from?

16   A    Signed by David Pritchard.

17   Q    Now, how often did Mr. David Pritchard write letters to

18   investors while you were at GigaPix?

19   A    Um, David Pritchard and Chris Blauvelt wrote letters on

20   occasions, usually when they needed to raise more money.

21          MS. AMES:  Objection as to nonresponsive.

22          THE COURT:  The objection is overruled.

23   BY MR. MCLAIN:

24   Q    And they would write letters approximately how often?

25   Once a month?  Twice a month?

1   A    Usually when we were in trouble.  So every few months.

2   Q    Now, if you look at the second page of Exhibit No. 37 and

3  if you look at that -- the second paragraph, we can pull that

4  up and highlight that.

5       As of June -- it indicates, it looks like, that GigaPix

6  was in the middle of a five-year audit.  Do you see that on the

7  document?

8   A    What date was this?  I'm sorry.

9   Q    So the date of this letter was January 16th, 2009.  So --

10  A    January?

11  Q    Yes, of 2009.

12  A    All right.

13  Q    So was GigaPix actually in the middle of a five-year audit

14  as of January 2009?

15  A    January 2009, it was in the middle of reconciling the

16  shared capital.  So I had no knowledge of anything going on as

17  far as an audit.  So none, to my knowledge.

18  Q    And was GigaPix expecting to receive the results of any

19  type of audit soon?

20  A    I never heard of anything.

21  Q    If you look at the second paragraph as well, it talks

22  about having retained a public accounting firm.  In this letter

23  that GigaPix had retained a public accounting firm, was that a

24  false statement?

25  A    To the best of my knowledge.

```
 1  Q    And as of January 2009 -- if you look at the first page of
 2  this document, and it talks about $60 million in funding for
 3  kids films.  Are you aware of GigaPix obtaining $60 million of
 4  funding for kids films as of January of 2009?
 5  A    No.
 6  Q    Now, I'd like to have you look at, for identification
 7  purposes, Exhibit No. 25.
 8       If you don't mind, I'll actually ask that you take it out
 9  of the slip.
10            THE COURTROOM DEPUTY:  Exhibit No. 25 is identified
11  and placed before the witness.
12            (Exhibit 25 for identification.)
13  BY MR. MCLAIN:
14  Q    If you look at the second page of that document, do you
15  see who it's from?
16  A    Chris Blauvelt.
17  Q    Now, just for identifying purposes, is that similar to the
18  types of letters that Mr. Chris Blauvelt would send out to
19  investors?
20  A    Yes.
21            MR. MCLAIN:  And at this time, Your Honor, I'd
22  like -- the Government would like to move to admit
23  Exhibit No. 25 into evidence.
24            THE COURT:  Any objection?
25            MS. AMES:  No objection.
```

```
 1              MR. EMMICK:  No objection.

 2              THE COURT:  25 in evidence.

 3              (Exhibit 25 received into evidence.)

 4    BY MR. MCLAIN:

 5    Q    And so what is the -- if we could pull up Exhibit No. 25.

 6    And if you could highlight the date on this letter.

 7    A    January 16th, 2009.

 8    Q    And is that the same date that was on the letter that we

 9    just looked at from Mr. David Pritchard?

10    A    I don't know.

11    Q    Okay.  You can just refer to it very briefly,

12    Exhibit No. 37.

13    A    Yes.  Same date.

14    Q    Okay.  And again, in this letter, if you look at the

15    bottom of the first page, it talks about GigaPix being in the

16    middle of an audit.

17         Again, as the CFO of GigaPix, were you aware of GigaPix

18    being in the middle of an audit at any point in time in 2009?

19    A    January 16th of 2009, I was not the CFO of GigaPix.

20    Q    I'm sorry.  Going through the finances, were you aware of

21    GigaPix going through any type of audit?

22    A    No.

23    Q    Now, why did you recommend that GigaPix hire Ernst &

24    Young?

25    A    Because by that time, I had started to feel uncomfortable
```

1   with the way that the principals of the company ran their

2   company.  And to be quite honest, I wanted to hire a firm of

3   auditors that would look into every single thing and basically

4   protect me.

5   Q    And when you say the "principals of the company," who are

6   you referring to?

7   A    Mr. Pritchard, Mr. Blauvelt.

8   Q    And what was your role in trying to have Ernst & Young

9   take on GigaPix as a client around the summer of 2009?

10  A    What was my goal?

11  Q    What was your role?

12  A    Oh.  I called up the entertainment division.  I used to

13  work for Ernst & Young, so I thought it made sense for me to

14  call Ernst & Young.  And I asked for their entertainment

15  department, and I ended up speaking to a lady named Marian

16  Cavallaro.

17              MS. AMES:  Objection.  Hearsay and nonresponsive.

18              THE COURT:  We haven't gotten to hearsay yet.

19              MR. MCLAIN:  And I'm going to cut you off before you

20  do get there.

21              THE COURT:  Ask your next question.  The objection

22  is overruled.

23  BY MR. MCLAIN:

24  Q    At any point in time during your tenure at GigaPix, did

25  Ernst & Young appear to have GigaPix as a client?

```
 1   A     No.
 2   Q     At any point in time during your tenure at GigaPix, did
 3   you tell Mr. Blauvelt or Mr. Pritchard that GigaPix was a
 4   client of Ernst & Young?
 5   A     No.
 6   Q     During the summer of 2009, did Ernst & Young decline to
 7   take GigaPix on as a client?
 8   A     Yes.
 9   Q     Now, I'd like to show you what's been marked as
10   Exhibit No. 44, and I believe it's already in evidence.  If we
11   can pull that exhibit up.
12   A     Me?
13   Q     No, I'm sorry.  Agent Potocek will pull up Exhibit No. 44
14   so you can see it.
15         And if you look at the first page of this document, the
16   third -- the third paragraph.
17   A     Yeah.
18   Q     And if you look at the second sentence or the second line
19   of that third paragraph.
20   A     Right.
21   Q     We can highlight that for you.
22   A     Right.
23   Q     What does that line say?
24   A     "Auditors and the conduct of an audit.  As you know, we
25   were working with Ernst & Young to carry out the duties of our
```

1    external auditors."

2    Q    Is that a false statement?

3    A    Yeah.  They had already declined.

4    Q    Because this letter is dated what?  October 16th, 2009?

5    A    If you say so.

6    Q    Well, let's -- we'll have you -- have you say.

7    A    Yes, it is.

8    Q    Thank you.

9         And now, if you look at the -- again, the third paragraph

10   of this -- this document, it references the expense of Ernst &

11   Young.  Do you see that?

12   A    Excuse me.

13   Q    Take your time.

14        Do you see reference to the expense of Ernst & Young?

15   A    Yes.

16   Q    Was the expense of Ernst & Young the ultimate reason why

17   GigaPix did not have Ernst & Young audit its financials?

18   A    No.

19   Q    Why was it that Ernst & Young did not audit GigaPix's

20   financials?

21             MS. AMES:  Objection to hearsay, Your Honor.

22             THE COURT:  The objection is overruled.

23   BY MR. MCLAIN:

24   Q    You may answer.

25   A    Because they said on the background check --

1           MS. AMES:  Objection as to hearsay.

2           THE COURT:  Objection is overruled.  This is the

3    opinion of this man.

4           MS. AMES:  No.  He's saying that's what Ernst &

5    Young told him.

6    BY MR. MCLAIN:

7    Q    What is your understanding as to why Ernst & Young did not

8    use -- GigaPix did not hire Ernst & Young for its audit?

9    A    Because they didn't pass the background check.

10   Q    Now, based on your knowledge as the CFO of GigaPix,

11   approximately how much in total did GigaPix and *OZ3D* raise from

12   investors from 2002 to 2012?  And again, I'm going to focus on

13   2002 -- not 2006 but 2002 to 2012.

14   A    I would say GigaPix raised about 24 million and *Oz* raised

15   about 9 million.

16   Q    And based on your experience as the CFO of GigaPix, did

17   GigaPix misuse those funds it received from investors?

18   A    Yes.

19   Q    And how do you know that those funds were misused?

20   A    Um, well, Mr. GigaPix and Mr. Blauvelt used a great

21   deal --

22   Q    I'm sorry.  You said, "Mr. GigaPix."

23   A    Pardon?

24   Q    You said, "Mr. GigaPix."

25   A    Oh, I'm sorry.  Mr. Pritchard and Mr. Blauvelt used a

```
 1   considerable amount of money on their own personal expenses.

 2   Q    In particular, how did Mr. Chris Blauvelt treat GigaPix's

 3   investor funds?

 4   A    The joke around the company at the time was that he used

 5   it as his personal piggybank.

 6   Q    Now, on what specific items did Mr. Chris Blauvelt misuse

 7   GigaPix's investor funds?

 8   A    My colleague Sharon Simon went through -- there was --

 9            MS. AMES:  I'm going to object as to personal

10   knowledge, Your Honor.

11            THE COURT:  The objection is overruled.

12            THE WITNESS:  My colleague Sharon --

13   BY MR. MCLAIN:

14   Q    But again, if you could answer based on what you know how

15   they used --

16   A    Each year was a box of papers.  So there was three, four,

17   five, six, seven, eight, nine.  And my colleague went through

18   and then I looked at them afterwards.  And we found various

19   expenses, including, um, the purchase of a titanium bicycle,

20   purchase of two still cameras, which, to the best of my

21   knowledge, we don't use in our -- in that business.  Um, there

22   was, like, 14- or 15,000 spent on Mr. Blauvelt's accountants

23   for his tax work.

24   Q    Was that for his personal taxes?

25   A    Yes.  Our taxes were done by a guy called Rod Cadney --
```

1    Catney *[phonetic]*.  So this was some firm I'd never heard of.

2    Q    I mean, what else were the personal expenses used on,

3    GigaPix used on?

4    A    Mr. Blauvelt liked to have a particular woman come in to

5    give him a massage in the office, and they cost about $1200.

6    Q    Was that $1200 each, for each massage?

7    A    Yes.  And we figured out he spent about $24,000 on that.

8    Q    And what form of payment did Mr. Chris Blauvelt use to

9    purchase these items?

10   A    He probably used his debit card.

11   Q    Was that the GigaPix Studios debit card?

12   A    Yes.

13   Q    And how do you know that Mr. Chris Blauvelt used the

14   GigaPix funds to pay for these items?

15   A    Because they went through the books.

16   Q    Now, on what specific items did Mr. David Pritchard misuse

17   GigaPix's investor funds?

18   A    Um, I went back through the year 2010 as -- as an example.

19   He, um, seemed to have a relationship with Nadia Davari, our

20   in-house counsel.  And he flew her and her mother, for example,

21   to Albuquerque where they went on a $700 balloon ride.  He took

22   Ms. Davari on various trips around the country, into New York

23   especially where they spent money at Barneys, Sack's Fifth

24   Avenue, Neiman Marcus, Barneys.  Actually, if you can think of

25   any expensive company, they spent money there.

So, like, at Barneys they bought a $1400 handbag.  There
was a $2,300 watch.  There was something in -- actually, it's
in Beverly Hills, something called Estate Jewelry.  And $7,000
was spent on, I don't know, jewelry, I guess.

Q    Did Mr. Pritchard also spend GigaPix funds on a personal
knee operation for himself?

A    Well, he spent about 25,000 -- maybe 30,000 on medical
costs.  So I don't know what that went on.  I know that he was
covered by the company medical policy.  Whether this was
something outside of that, I don't know.

Q    And would Mr. Pritchard spend GigaPix funds on various
meals, breakfast and dinner?

A    Um, he spent tens of thousands, maybe hundreds of
thousands on breakfast and dinners in various places.

Q    Did he provide you with any justification for those meals?

A    Each month I asked David Pritchard to give me a breakdown
of the credit card payments.  I was accustomed to seeing
Mr. Pritchard spend money on meals and flights.  I mean, the
guy entertained a lot.  The guy flew around a lot.  Um, but
once I started to look into that, I saw that he had flown the
woman he lives with to Washington two times, to Atlanta one
time.

     I don't know who Katie Pritchard is.  Maybe it's his
niece, but he flew there to Atlanta.  He flew to San Francisco,
which is where he has family.  There's an enormous amount of

```
 1   airline costs.  And also, in the area where we lived, there was
 2   a tremendous amount of money spent on local hotels, like the
 3   Westlake Four Seasons for one night, they spent over $3,000.
 4   When I say "they," I mean he.  I can't assume it was him and
 5   someone else.  He stayed at the Redondo Beach & Spa, he stayed
 6   at the Shutters, he stayed at the Ritz Carlton in the marina.
 7        I've lost track of the number of hotels.  But all of them
 8   are within -- it's 20 miles from home to Chatsworth.  So it's
 9   not clear to me why he would need to stay in 10 or 15 different
10   hotels in the neighborhood unless -- well, make up your own
11   mind.
12   Q    And were these personal expenses of Mr. Pritchard paid for
13   with the GigaPix Studios debit card?
14   A    No.  What had happened is that we had gotten to a point
15   where we had no money and he needed to buy airline tickets to
16   go to New York, so he told me.  And we didn't have any money on
17   the debit card.  And so I said, Okay.  You could -- I will get
18   on -- at that time, I had money.  At the end of GigaPix, I had
19   no money.  But anyway, at that time I had money.  So I got an
20   extra AMEX card with his name on it.  And, you know -- I had
21   forgotten your question.
22   Q    Would GigaPix funds be used to pay off that AMEX card?
23   A    Oh, yes.  So each month the AMEX card bill would come in,
24   which I would pay.  And then I would take his section and put
25   it into his current account.  And then I would ask him to give
```

1    me a breakdown of who he had the meals with, where he stayed,

2    where he traveled.  But the interesting thing was that when he

3    told me he needed the credit card for going to New York, he, in

4    fact, flew the whole of Eugene Taylor's family to Oakland.  So

5    his wife and three children.  So he didn't actually go to

6    New York.

7    Q     Now, did Mr. David Pritchard ever move investor funds from

8    GigaPix to other companies that he owned?

9    A     Yes.

10   Q     And what companies were those?

11   A     Well, they were going all over the place, depending on

12   which company had money.  So it maybe transferred from *Oz* to

13   Releasing, GigaPix Releasing, Releasing back to *Oz* Studios,

14   *Oz* Studios of GigaPix to *Oz*.  So I mean, I kept a record of all

15   of this in the financial -- in the QuickBooks.  But why all

16   this money flew all over the place, I don't know.

17   Q     And was GigaPix Releasing a separate and independent

18   company from GigaPix Studios and *OZ3D*, LLC?

19   A     Yes.

20   Q     And did Mr. David Pritchard own a third of the company

21   GigaPix Releasing?

22   A     He owned a third, a guy called David Williams owned a

23   third, and Eugene Taylor owned a third.

24   Q     And approximately how much money did Mr. Pritchard move

25   from GigaPix Studios to GigaPix Releasing?

1   A    I have no idea.  It was hundreds of thousands floating all

2   over the place.

3   Q    Now, specifically did Mr. David Pritchard instruct you to

4   move money raised from an investor named Danny Zucker from

5   GigaPix Studios to GigaPix Releasing?

6   A    I remember we got 700,000 from David Zucker, and I believe

7   he said put 500,000 in GigaPix Releasing.  And I can't remember

8   where the other 200,000 went.

9   Q    You referenced a Eugene Taylor.  What is that Eugene

10  Taylor account used for?

11  A    He seems to be an old acquaintance of David Pritchard.

12  Q    Now, were you ever instructed to transfer investor funds

13  from GigaPix to other companies besides GigaPix Releasing?

14  A    Yes.  To a firm called MetaPix.

15  Q    Okay.  And what is MetaPix?

16  A    My personal tax accountant advised me to set up an account

17  called MetaPix because I wasn't getting a salary.  I was

18  getting paid in chunks.  And I was sort of more freelance.  So

19  he set up a corporation account for me.

20       And at the time we were being sued by everybody under the

21  sun, including the landlords, the Franchise Tax Board, various

22  creditors.  And David Pritchard said we need to get this money

23  out of the account pronto before they use their lien or

24  whatever rights they have to take all the money out of the bank

25  account.

```
 1   Q    And what was the approximate time frame of this?  Was it
 2   2009 or 2010?  What was the time frame?
 3   A    Um, you know, this is five years ago.  It's very hard to
 4   remember but --
 5   Q    Do you know approximately how long you'd been at GigaPix?
 6   You started working in 2009.  So approximately how long were
 7   you there when you were told this happened?
 8   A    I would say probably half of 2010 in that case.
 9   Q    Okay.  And did you inform Mr. David Pritchard that you
10   were moving money from GigaPix to MetaPix?
11   A    He and I discussed it, and he agreed to it -- or, rather,
12   he encouraged me to do that.
13   Q    Okay.  Now I'd like to show you what's been marked as
14   Exhibit No. 66.  I believe it's already in evidence.
15        Do you recognize this document?
16   A    Yes.
17   Q    Is that your name on the bottom of this document?
18   A    Yes.
19   Q    And the date on this document is November 2011; right?
20   A    It just says November 2011.  Oh, I'm sorry.  Yes.  Yes, it
21   does.
22   Q    And if you look at page 6 of this document -- it's
23   Exhibit No. 66, page 6.  And again, the net income line there,
24   is that an accurate representation of what the net income --
25   the amount of money that GigaPix had lost at the end of 2009?
```

**UNITED STATES DISTRICT COURT**

1   A     Well, I don't know.  I do know that I prepared three sets

2   of accounts, and there were massive losses on each one of them.

3   Q     Okay.  If you look briefly at page 9 of this document,

4   take a look at that net income as well.  And again, the same

5   answer?

6   A     Yes.

7   Q     And if you look at page 11 of this document, the net

8   income amount, again, the same answer?

9   A     Yes.

10  Q     Okay.

11  A     Basically as shareholder funds are raised, they go to an

12  equity account.  They do not go to the profit and loss account.

13  So they don't show up as an income item.  They go straight into

14  capital funds.

15  Q     Now, in a -- did you ever discuss with Mr. Pritchard that

16  GigaPix was losing funds quickly?

17  A     Frequently.

18  Q     And was the -- you mentioned Mr. David Pritchard's salary

19  of $6,000 a week.  Was that separate and apart from the GigaPix

20  he used for his personal expenses?

21  A     Well, they stopped paying them -- I'm not sure when --

22  because we ran out of money.  So every now and then when we had

23  some money, we would pay them.  But we didn't pay Mr. Blauvelt

24  directly.  We paid him through another company setup called

25  GigaPix, Inc., in Nevada.

```
 1   Q    And again, for Mr. Blauvelt, that $6,000 a week salary
 2   that he was supposedly earning, was that separate from the
 3   personal expenses he used at GigaPix funds?
 4   A    Yes.
 5   Q    Now, when you first started working at GigaPix as CFO in
 6   2009, where was GigaPix located?
 7   A    Chatsworth, California.
 8   Q    And approximately how many square feet was the studio
 9   space for GigaPix?
10   A    33,000.
11   Q    And approximately how much of that studio space did the
12   sales staff use?
13   A    At the time I finished the shared capital reconciliation,
14   they had all gone and gone to a new super plush building over
15   in Studio City because Mr. Blauvelt felt that we should have a
16   presence in the studio areas of Los Angeles.
17   Q    And approximately how much of that studio space was used
18   for administrative purposes for GigaPix?
19   A    You mean, at the Chats- --
20   Q    At the Chatsworth office.
21   A    4- or 5,000.
22   Q    And approximately how much of the studio space was used
23   for production purposes for GigaPix at the Chatsworth office?
24   A    There was a small amount of production on -- there was a
25   separate division -- or Pritchard's nephew had a company called
```

1    Fifth Year, and they worked on a lot of little projects.  And

2    they had -- they had used a little bit of the company, a little

3    bit of the space to do rehearsals for that.  But I would say

4    90 percent of the time the space was not used.

5    Q    And how much of the GigaPix Studios space was never used

6    by GigaPix?

7    A    Well, that's what I kind of meant by that.

8    Q    Now, based on your knowledge as CFO of GigaPix,

9    approximately how much in total was raised for *OZ3D* from

10   investors?

11   A    Approximately $9 million.

12   Q    And of this $9 million raised for *OZ3D*, approximately how

13   much of it was spent for costs related to *OZ3D*?

14   A    Well, I'm not a movie guy, but I would guess maybe --

15             MS. AMES:  I'm going to object as to guessing.

16   BY MR. MCLAIN:

17   Q    I don't want you to guess.  But based on your role as CFO,

18   approximately how much of the $9 million that was raised from

19   investors was used toward *OZ3D*?

20   A    I would estimate about a half a million.

21   Q    So $500,000?

22   A    Yes.

23   Q    And how much of the money raised for the movie *OZ3D* was

24   basically funneled into GigaPix?

25   A    Everything else.

1    Q     Do you know if Mr. Blauvelt and Mr. Pritchard were aware

2    that all of the money raised for the making of the movie *OZ3D*

3    was basically funneled into GigaPix?

4    A     That was their plan, and that's what happened.

5    Q     According to the Private Placement Memorandums, how much

6    of the *OZ3D* investor funds were supposed to be allotted to

7    GigaPix?

8    A     I was told that 20 percent -- 20 percent of the budget of

9    the movie could be allocated to management fees for GigaPix.

10   Q     Now, I'd like you to take a look at Exhibit No. --

11   A     Before or after the movie was finished.  I don't know if

12   that was before or after the movie was finished.

13   Q     I'm sorry.  I didn't mean to cut you off.

14         Can we take a look at Exhibit No. 67?  I believe it's in

15   evidence.  And if you look at that line in this letter that

16   says "*OZ3D* in production."

17         Based on your knowledge, was *OZ3D* ever in production?

18   A     There were scripts being written and rewritten, and I

19   don't know if that is counted as production in the movie

20   business.

21   Q     And if you look at where it says why did -- I'm sorry,

22   "Chris Blauvelt resigns as chairman and CEO."  Do you see that?

23   A     Yeah.  What is the date of this thing again?

24   Q     At the top.

25   A     Oh.  May 24th, 2011.

1    Q    So now, referring to where it says "Chris Blauvelt resigns

2    as chairman and CEO" and that corresponding explanation, do you

3    see that on the document in front of you?

4    A    Yes.

5    Q    Is that an accurate representation as to why Chris

6    Blauvelt resigned as CEO of GigaPix?

7    A    It is -- Mr. Pritchard wanted to get Mr. Blauvelt out of

8    the company by whatever means.  And there was a -- what do you

9    call it? -- reverse merger going on.  And Mr. Pritchard said

10   that Mr. Blauvelt's background was such that no investor would

11   invest in the company whilst he was still at the company.  And,

12   therefore, Mr. Blauvelt obtained a fairly beneficial departure

13   agreement.

14   Q    Now, if you'll take a look at Exhibit No. 68.  I believe

15   that's in evidence.  And if you take a look at that line that

16   says, "GigaPix is set to become a publicly traded company."

17        So first and foremost, did GigaPix ever become a public

18   company in 2011?

19   A    No.

20   Q    Did it ever become a public company?

21   A    No.

22   Q    Was GigaPix ever set to become a public company?

23   A    When you say "set," if you mean were there a lot of -- of

24   the -- of the transactions going on to make it a public

25   company, then no.

```
 1   Q    Now, if you take a look at the -- I believe it's the
 2   second page of this document.  And again, I'm sorry.  Let's
 3   look at the first page.  And I just want to highlight the date.
 4        And what's the date of this document?
 5   A    May 24th, 2011.
 6   Q    And as of the date of this document, you were the CFO of
 7   GigaPix; correct?
 8   A    Yes.
 9   Q    And if you take a look at the second page, it says in the
10   middle, "Prints and Advertising Funds nears completion."  Do
11   you see that in bold?
12   A    Yes, I do.
13   Q    And it references a hundred million dollars in a Prints
14   and Advertising Fund in GigaPix.  Do you see that?
15   A    Yes, I do.
16   Q    Was there ever a Prints and Advertising fund at GigaPix?
17   A    As far as I'm concerned, in my opinion, it was another
18   fictitious projected total assets that we were told for four
19   years that were coming in that never came in.
20   Q    There was never $100 million in a Prints and Advertising
21   Fund at GigaPix?
22   A    There wasn't a nickel in a Prints and Advertising Fund
23   that came in.
24   Q    At GigaPix?
25   A    At GigaPix.
```

```
 1   Q    So now I'd like to show you what I believe is in evidence

 2   as Exhibit No. 69.

 3   A    Uh-huh.

 4   Q    And if you look at the bottom of that first page -- well,

 5   first of all, let's take a look at the date on this document.

 6   What's the date on this document?

 7   A    November the 25th, 2011.

 8   Q    If you look at the third paragraph of this document on the

 9   first page -- I'm sorry.  Before we do that -- my apologies.

10        If you could take a look at the last page of this

11   document.  Who is this document from?

12   A    Chris Blauvelt.

13   Q    Okay.  Now, let's go to the first page of this document,

14   the third paragraph.

15   A    The third page, third paragraph?

16   Q    The first page, I'm sorry, third paragraph, the third full

17   paragraph that starts with "Following my departure from the

18   company..."

19   A    Okay.  Are you going to make that bigger, or am I going

20   to -- okay.

21   Q    Let's just, in fact, highlight the first three lines of

22   that.

23   A    "Following my departure from the company, during the

24   spring and summer of 2011, there were many financial events

25   both domestically and globally which proved to be devastating.
```

UNITED STATES DISTRICT COURT

1   Many industries continued to erode worldwide banking and

2   investor confidence.  And these conditions had a profound

3   effect on the future of GigaPix as well."

4   Q    So now, does that accurately describe the reasons that

5   GigaPix failed financially?

6   A    No.

7   Q    Why did GigaPix fail its investors financially?

8   A    Because in 2009, before we had funding in place, it was

9   decided by those in charge to start making a film called

10  *Blackbeard* in March 2009.  And there was no letter of credit

11  saying that we had the money.  There was no official agreement

12  that we had the funds to make the movie.  So the movie was

13  started to make -- was started to be whatever it's called when

14  they start building all the stuff and before they start

15  shooting.

16       So the company spent millions of dollars trying to keep

17  *Blackbeard* on track out of GigaPix money while trying to find

18  various sources of finance to finance the movie so that we

19  could continue making it.  And we continued pouring money into

20  it for months afterwards until basically the company had no

21  money.

22  Q    According to the financials that we looked at during this

23  entire period, GigaPix was actually losing money; right?

24  A    Well, yeah.  GigaPix never made any money.

25  Q    Now, did you ever invest your personal money in GigaPix or

1   *OZ3D*?

2   A     In 2007 and 2008, I bought $100,000 worth of shares.  It

3   looked like a great opportunity for me.  I met Mr. Pritchard.

4   He seemed like a competent, charming, charismatic,

5   knowledgeable guy.  Also, at that time, my personal savings

6   were worth $385,000.  By the time I finished in 2012, I had

7   $35,000 left.

8   Q     Did you ever receive a return on your $100,000 in GigaPix?

9   A     No.  The opposite of that.

10  Q     And did you ever receive back any of your initial $100,000

11  investment in GigaPix?

12  A     No.

13  Q     What types of individuals did GigaPix generally seek as

14  investors?

15  A     I didn't speak to a lot of the investors.  But during

16  the -- what do you call it? -- the reverse merger, a lot of the

17  people didn't understand exactly how it worked, the fact that

18  they'd gone from 8 percent ownership to nearly 40 percent

19  ownership.  But they couldn't understand how they had less

20  shares, but they had less shares of -- of a smaller total.

21        So they called me to ask me to explain.  They wouldn't

22  phone the people.  And they often seemed to be unsophisticated

23  and older people.  And during that time, we -- somebody came up

24  with the idea of -- of taking IRAs from people -- or the money

25  in people's IRAs and putting it into GigaPix and 401(k)s, which

```
 1    I assume is from older people, and their savings accounts.

 2    Q    Do you know if GigaPix was cold calling investors?

 3    A    It was pretty common knowledge.

 4    Q    And did you mention your concerns to Mr. Pritchard or

 5    Mr. Blauvelt about GigaPix raising funds inappropriately?

 6    A    I didn't at first.  I didn't know it was illegal.  I

 7    didn't know it was inappropriate or whatever.  But during the

 8    summer of, I think, 2009, I suggested that all the money that's

 9    raised from whatever funds goes to Bill Uchimoto at Buchanan,

10    Ingersoll & Rooney so that they would then collect the money,

11    make sure it was accredited investors, put it in the escrow

12    account, and pay it back to us so that there would be less

13    chance that there would be any kind of illegal -- or things

14    that didn't correspond with SEC regulations.

15    Q    Did GigaPix periodically send update letters to its

16    GigaPix investors?

17    A    Say that again.

18    Q    Did GigaPix periodically send out investor update letters?

19    A    You asked me that a while ago.

20    Q    And I'm just trying to focus on another aspect of the

21    question that I'm going to ask you.

22    A    Yeah.  Frequently.

23    Q    And who drafted those letters?

24    A    Oh, about -- oh.  Well, David Pritchard and Chris

25    Blauvelt, but I drafted maybe one or maybe two.
```

```
 1   Q    Now, were you aware that GigaPix also received cease and
 2   desist orders from various dates relating to how it raised
 3   funds from potential investors?
 4   A    Yes.
 5   Q    I'd actually like you to take a look at Exhibit 2001 to
 6   2007, if you could just look at those for identification
 7   purposes.
 8            THE COURTROOM DEPUTY:  2001 --
 9            MR. MCLAIN:  I'm sorry.  201 to 207.
10            (Exhibits 201 - 207 for identification.)
11            MR. MCLAIN:  And, in fact, Your Honor, we'd like to
12   admit those as certified public records.
13            THE COURT:  Any objection?
14            MR. EMMICK:  No objection.
15            THE COURT:  2001 to 2007 [sic] in evidence.
16            (Exhibits 201 - 207 received into evidence.)
17            THE COURTROOM DEPUTY:  201 to 207 is identified and
18   placed before the witness.
19            MR. MCLAIN:  And if we could publish
20   Exhibit No. 202.
21            THE WITNESS:  Okay.
22            MR. MCLAIN:  The second page of it.  202, yeah.
23   BY MR. MCLAIN:
24   Q    Okay.  And what is -- what is this document?  Is this a
25   cease and desist order?
```

```
 1  A    This is the general format of a cease and desist order.

 2  Q    From the state of Wisconsin?

 3  A    Colorado.

 4  Q    Is it Colorado?

 5  A    201 is Colorado.

 6  Q    Exhibit 202.  Okay.

 7       And if you -- what's the -- the year?

 8  A    This looks much more like a cease and desist order.

 9  Q    And what's the year of the cease and desist order on this

10  document?

11  A    It must be under this yellow thing.  No.  Oh.  Um --

12  Q    In fact, if you look at the third page of 202 --

13  A    24th of October, 2005.

14            MR. MCLAIN:  Okay.  And if we could pull up

15  Exhibit No. 203.  And we'll look at the first page of this

16  document.

17            THE COURT:  We'll take our afternoon recess at this

18  time.

19       Members of the jury, I would remind you that you are not

20  to converse with or otherwise communicate among yourselves or

21  anyone about any subject touching upon the merits of the cause

22  on trial and you're not to form or express any opinion on the

23  case until it's finally submitted for your verdict.

24       The jury is excused until called.  Court will remain in

25  session.
```

```
 1              THE COURTROOM DEPUTY:  All rise.

 2              (Out of the presence of the jury.)

 3              THE COURT:  How much longer do you have with this

 4   witness?

 5              MR. MCLAIN:  Literally like five minutes.

 6              THE COURT:  We'll be in recess for ten minutes.

 7              (Break taken.)

 8              (In the presence of the jury.)

 9              THE COURT:  The jurors are all present and in their

10   proper places.  The defendants are present with counsel.

11   BY MR. MCLAIN:

12   Q    Mr. Mutton, are you able to identify the defendants in the

13   courtroom today?

14   A    Yes.

15   Q    And who is Mr. Chris Blauvelt?  Can you describe what he's

16   wearing?

17   A    He's the second from the right on that table.

18   Q    Can you describe what he's wearing?

19   A    Suit and tie.

20   Q    The gray suit and a gray tie?

21   A    Gray hair.

22              MR. MCLAIN:  May the record please reflect that he

23   identified the defendant Mr. Chris Blauvelt?

24              THE COURT:  The record will show that the witness

25   has identified the defendants, each of them, David Pritchard
```

1    and Christopher Blauvelt.

2    BY MR. MCLAIN:

3    Q    Can you also identify Mr. David Pritchard?

4    A    He's at the end of the row, gray hair, glasses, goatee,

5    he's wearing a suit.

6    Q    Thank you.

7         How many states issued cease and desist letters to

8    GigaPix?

9              THE COURT:  Go ahead.

10             THE WITNESS:  I think most of them were going on

11   before I got there, but I would imagine it was about eight to

12   ten.

13   BY MR. MCLAIN:

14   Q    And do you know why these states issued cease and desist

15   letters against GigaPix?

16   A    My understanding is they -- you have to have a license,

17   according to the SEC, to raise money from the citizens of that

18   state.  And GigaPix Studios did not have a license.

19   Q    Did you discuss these cease and desist orders with

20   Mr. Pritchard and Mr. Blauvelt?

21   A    Not really.

22   Q    Did you ever discuss it with them?

23   A    Only to the extent that we had to get rid of them -- or

24   they had to get rid of them or we had to get rid of them.

25   Q    And specifically, what was their response concerning the

```
 1    cease and desist orders?
 2    A     It was an inconvenience that we -- Mr. Blauvelt find a
 3    lawyer in New York who specializes in this thing, and she
 4    basically took over everything.  And then after a while, I
 5    ended up communicating with her.
 6    Q     Did Mr. Pritchard or Mr. Blauvelt ever communicate to you
 7    how the cease and desist order should be communicated in the
 8    PPMs?
 9    A     There was a discussion held that we had to put them in
10    somewhere and, therefore, the discussion was held as to the
11    best place where it could be.
12    Q     And where was the best place they could be?
13    A     The best place where it could be, sort of hidden in the
14    middle of legalese or something.
15                MR. MCLAIN:  No further questions for this witness,
16    Your Honor.
17                THE COURT:  Cross-examination, Defendant Blauvelt.
18                MS. AMES:  No questions, Your Honor.
19                THE COURT:  Cross-examination, Defendant Pritchard.
20                MR. EMMICK:  Certainly.
21                         CROSS-EXAMINATION
22    BY MR. EMMICK:
23    Q     Sir, are you ready?
24    A     Yeah.
25    Q     I guess what I wanted to do was start off with some
```

**UNITED STATES DISTRICT COURT**

```
 1   questions about your background.
 2   A     Sure.
 3   Q     I could be wrong, but didn't you say that you were looking
 4   for work when you started working with Mr. Pritchard?
 5   A     No, not really.  I had been working for 25 to 30 years as
 6   a rock and roll tour manager, tour accountant.  And by this
 7   time, I was pretty burnt out.  So in 2008, I was looking for
 8   possibilities to get off the road and have a retirement job and
 9   grow old and be boring.
10   Q     You were a rock and roll tour manager?
11   A     A tour manager, tour accountant, business manager,
12   promoter, representative, basically anything to do with rock
13   and roll or live entertainment.
14   Q     And had you had anything to do with the manufacturing
15   business or the -- anything like entertainment business?
16              THE COURT:  Totally irrelevant, Counsel.  Let's get
17   to this case.
18   BY MR. EMMICK:
19   Q     Let's talk a little bit about Nadia who was one of the
20   attorneys for GigaPix.  Do you know her?
21   A     She was the only attorney for GigaPix and she worked
22   within GigaPix.  She was an employee of GigaPix.
23   Q     Right.  So you do know her?
24   A     Yeah.  But you said one of the lawyers, plural.
25   Q     And you know that she had problems with cancer?
```

```
 1              MR. MCLAIN:  Objection, Your Honor.  Relevance.
 2              THE COURT:  Objection sustained.
 3              MR. EMMICK:  It has to do with the expenditure --
 4              THE COURT:  No.  It has nothing to do with her.
 5              MR. EMMICK:  It has --
 6              THE COURT:  It's relevant -- irrelevant at this
 7    point, Counsel.
 8    BY MR. EMMICK:
 9    Q    Sir, was there any money spent on her staying in one of
10    these hotels?
11    A    For Mr. Pritchard to stay at seven or eight very classy
12    hotels and spend thousands of dollars to go and stay there for
13    the night when he lives 20 minutes from home --
14    Q    Didn't you understand my question?  All I said was:  Was
15    there -- did she stay at one of these hotels?
16    A    I understood your question and I answered it.
17    Q    All right.  Didn't she stay at one of the hotels because
18    she was suffering from cancer --
19              MR. MCLAIN:  Objection, Your Honor.
20    BY MR. EMMICK:
21    Q    -- and attempted suicide?
22              THE COURT:  Sustained.
23              MR. MCLAIN:  And move to strike.
24              THE COURT:  That will be stricken.  The jury's
25    admonished to disregard it --
```

```
 1  BY MR. EMMICK:
 2  Q    All right.  Let's --
 3            THE COURT:  -- the last statement about anything.
 4  BY MR. EMMICK:
 5  Q    All right.  Let's talk a little bit about Ernst & Young.
 6  You said that you had arranged for Ernst & Young to get
 7  involved; is that right?
 8  A    Correct.
 9  Q    All right.  And who did you know at Ernst & Young?
10  A    I did not know anybody.
11  Q    Okay.  So you made the arrangements for Ernst & Young.
12  Now, did you talk with Mr. Pritchard about that?
13  A    Yes.
14  Q    And he knew people at Ernst & Young; right?
15  A    No.
16  Q    He didn't?
17  A    Not to my knowledge.
18  Q    Did he mention to you or didn't he mention to you that he
19  had actually worked with Ernst & Young in the past and he knew
20  people at Ernst & Young that he could work with again?
21  A    I do not recall that.
22  Q    And you remember there was some testimony about whether
23  Ernst & Young had agreed to do an accounting?  Do you remember
24  that?
25  A    Could you say that again, please?
```

```
 1   Q    Sure.  I'm just trying to direct your attention to whether
 2   Ernst & Young was going to do an audit.
 3   A    No.  They weren't going to do an audit.
 4   Q    I'm just trying to direct your attention to that, sir.
 5   And then I'm going to ask you a question.
 6              THE COURT:  He answered the question, Counsel.
 7   BY MR. EMMICK:
 8   Q    Sir, didn't you have a meeting with the people at Ernst &
 9   Young along with Mr. Pritchard?
10   A    No.
11   Q    You didn't have any meeting at all?
12   A    I had a meeting without Mr. Pritchard.
13   Q    All right.  Who did you meet with there?
14   A    Marian Cavallaro.
15   Q    And isn't it true that Ms. Cavallaro said that she was
16   going to recommend that Ernst & Young do the audit of GigaPix?
17              MR. MCLAIN:  Objection.  Hearsay, Your Honor.
18              THE COURT:  The objection is sustained.
19              MR. EMMICK:  It's approval -- it's -- it's the
20   operative --
21              THE COURT:  The objection is sustained, Counsel.
22   Don't do that.
23   BY MR. EMMICK:
24   Q    Did you have a discussion with her on the subject of
25   whether she might be willing to recommend representation in
```

1  this matter?

2  A     Yes.  She gave me a great big pile of papers and forms

3  that I had to fill in and that I had to send back to her and

4  then they would consider whether we would be clients.  You

5  can't just go into Ernst & Young and, say, be a client.

6  Q     And was she going to recommend it, though?

7  A     She did not indicate that.  It was based upon what she had

8  from the papers that I filled in.

9  Q     And ultimately it was her supervisor that said no; isn't

10 that right?

11 A     She wrote to me and said they had an ethics officer

12 looking at that.

13 Q     And that included a supervisor of her?

14 A     I don't know if he was a supervisor.

15 Q     And didn't they explain to you what the reasons were that

16 they were not going to represent GigaPix?

17 A     Yes.

18 Q     And one of the reasons was the liability that that law

19 firm might be facing?

20 A     It's an accounting firm.

21 Q     Excuse me.  An accounting firm.  Wasn't the liability of

22 the accounting firm one of the reasons?

23 A     Their internal workings are beyond my knowledge.  I know

24 that they didn't take us on as clients because the background

25 checks didn't pass.

```
 1   Q    Didn't they explain to you the reason why they wouldn't
 2   take on the company?
 3   A    They said that was confidential information.
 4   Q    Didn't they tell you that it was because they would become
 5   potentially liable?
 6   A    No.
 7   Q    Didn't they tell you it was because there were problems
 8   with some of the managers at GigaPix?
 9   A    Yes.
10   Q    Oh, they did say that.  All right.
11        And didn't they also say that there were other reasons why
12   they did not want to represent GigaPix at the time?
13   A    No.
14   Q    You were talking earlier about Mr. Pritchard.  Now, I want
15   to ask you some questions about discussions about costs.
16   A    Uh-huh.
17   Q    Did you have discussions with Mr. Pritchard about costs?
18   A    From the time that I got there -- do you want me to
19   answer --
20   Q    The answer is "yes" or "no."
21   A    By the time I got there, Mr. Pritchard used the debit card
22   that the company had at that time and --
23   Q    It's a simple question.  Did you have conversations with
24   him?
25   A    Yes.
```

**UNITED STATES DISTRICT COURT**

```
1    Q     Okay.  And you had several conversations, many
2    conversations about costs of many different kinds, didn't you?
3    A     Yes.
4    Q     All right.  And that was -- those were cost conversations
5    that occurred not just monthly, not just weekly, but more like
6    daily?
7    A     No.
8    Q     What do you think they were?  More like weekly?
9    A     Maybe every couple of months.
10   Q     Remember the company MetaPix?
11   A     Yes.
12   Q     When was MetaPix set up?
13   A     Around February of 2009.
14   Q     And was it set up by you?
15   A     Yes.
16   Q     Now, you have spent a lot of time talking about extra
17   costs that have been -- that have been spent by Mr. Pritchard;
18   right?
19   A     Correct.
20   Q     Did you write up any reports about that?
21   A     I asked numerous times for Mr. Pritchard to give me a
22   breakdown of his expenses.
23   Q     Did you write up any reports for the prosecution about
24   this?
25   A     For the prosecution?
```

```
1    Q     Uh-huh.

2    A     I didn't know there was going to be a prosecution.

3    Q     Didn't you think it was a good idea to write up something

4    about these costs?

5    A     GigaPix Studios is a very flexible company.  I said to

6    Mr. Pritchard on a regular basis, "I need you to break down

7    what is your personal expenses and what your business expenses

8    are, who you were with when you had your meals, what they were

9    for, and what the travel expenses were for and where you stayed

10   and why you stayed there."

11   Q     And isn't one of the things that he explained to you that

12   they used some of that money for Nadia, the woman who had that

13   cancer?

14             MR. MCLAIN:  Objection, Your Honor.  Relevance.

15             THE COURT:  Objection sustained.

16             THE WITNESS:  Does that mean I answer?

17             THE COURT:  No.

18             MR. EMMICK:  Just one moment, Your Honor.

19   BY MR. EMMICK:

20   Q     Just one or two more questions.  Remember Bill Uchimoto?

21   A     I don't think I ever met him, but I know his name.

22   Q     But "Do you remember him?" was the question.  Do you

23   remember Bill Uchimoto?

24   A     I remember his name on many documents.

25   Q     Have you ever talked to him?
```

```
 1   A     Yes.
 2   Q     Mr. Uchimoto was the person who was set up in order to
 3   handle the reorganization of GigaPix --
 4   A     No.
 5   Q     -- wasn't he?
 6         He was set up in order to assist in the handling of the
 7   reorganization, wasn't he?
 8   A     Correct.
 9              MR. EMMICK:  Okay.  Nothing further.
10              THE COURT:  Redirect?
11              MR. MCLAIN:  No questions from the Government,
12   Your Honor.
13              THE COURT:  You may step down.
14              THE WITNESS:  Thank you, sir.
15              (Testimony of Colin Mutton concluded at 3:50 p.m.)
16
17
18
19
20
21
22
23
24
25
```

```
1                  CERTIFICATE OF OFFICIAL REPORTER

2

3    COUNTY OF LOS ANGELES   )
                             )
4    STATE OF CALIFORNIA     )

5

6              I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT

7    REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE

8    CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

9    TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING

10   IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY

11   REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT

12   THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE

13   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

14

15

16

17              DATED THIS 6TH DAY OF NOVEMBER, 2014.

18

19

20                    /S/ MYRA L. PONCE
                 _____
21               MYRA L. PONCE, CSR NO. 11544, RMR, CRR
                   FEDERAL OFFICIAL COURT REPORTER
22

23

24

25
```

**UNITED STATES DISTRICT COURT**